# Exhibit B

# REDACTED

2/18/03 5:45PM  Life Brokerage Equity Group   No.6388  P. 3
505933004421

## AIG AMERICAN GENERAL

**Appointment Application** 16

**AIG Life Brokerage**
Member of American International Group, Inc.

### Part 1  Individual and Principal of Corporation — This is Required Information

Please Print Clearly

Social Security Number: [REDACTED]

Name: __Bechtel__ __Kevin__ __H__
         Last Name      First Name   Middle Initial

Date of Birth: __10__ / __10__ / __73__   Sex: ☒ Male ☐ Female
              month  day   year

Resident/Home: __12925 Tar Flower dr__
                    Physical Address

__Tampa__ __FL__ __33626__
City    State   Zip

Resident/Home Phone Number: __813 854 5554__   E-Mail: __kbechtel@lbeg.net__

Business Address: __2963 Gulf to Bay Blvd suite 330 Clearwater__
                  Physical Address                    City              State __FL__  Zip __33759__

Business Phone Number: __727 791 9080__   Fax Number: __727 712 1459__

☒ I am an officer of the below corporation.

### Part 2  Corporate Applicants Required Information

Please Print Clearly

Individual Applicants Do Not Complete This Section

Tax ID Number: __65-0972017__

Corporate Name: __Life Brokerage Equity Group__

Corporate Address: __2963 Gulf to Bay Blvd ste 330__

__Clearwater__ __FL__ __33759__
City    State   Zip

Corporate Phone Number: __727 791 9080__   State Incorporated: __FL__
Fax Number: __727 712 1459__   E-Mail: __kbechtel@lbeg.net__

Primary Officer for Corporate Records: _____

Background information reported on page — should provide information for the Officer of the corporation.

### Part 3  Recruiter Section - IMO/BGA Only

Primary mailing address, phone contact, e-mail and faxes will be communicated to the following:   Complete ONLY when address used is NOT the above address.

All Home Office Mail and other Communication will be directed to:

Agency Name: __LIFE BROKERAGE EQUITY GROUP__   Agency Code Number: __OPU67__

Address: __2963 GULF-TO-BAY Blvd., Suite 330__
__CLEARWATER__, __FL__ __33759__
City                                 State    Zip

Fax Number: __727-712-1459__   Phone Number: __727-791-9080__
E-Mail Address: __rpeters@lbeg.net__   ☒ Please check when commission check is mailed directly to agent's business address.

AGLB 1058 Rev1002               1

AG SASONI 01132

```
2/18/03 1:07P                5:45PM   Life Brokerage Equity Group           No.6388   P. 4
505933004422
```

# AIG AMERICAN GENERAL

**REDACTED** Appointment Application

**AIG Life Brokerage**
Member of American International Group, Inc.

## Part 4. Licensing and State Appointment Request

Attach copies of licenses for all requested state appointments. Provide appropriate fees for nonresident appointments.

Social Security Number: ▬▬▬▬▬

Applicant Name: _Kevin Bechtel_

Licensed for: ☒ Life  ☒ Health    Contracted as: ☐ Individual  ☒ Agency

Resident State: _FL_   Resident License Number: _A017162_

Nonresident Appointment State(s): _____
Attach applicable fees and licenses for states listed above

## Part 5  Variable Licensing – Complete ONLY when variable appointment is requested.

Please complete the following ONLY when requesting variable appointment.

Who is your Broker/Dealer? _151_

CRD Number: _____

Circle all current NASD licenses that you hold: ⑥  7  22  24  26  63  Other: _____

### Independent Wholesaler Election

Some broker-dealers may permit third-party wholesaling firms to offer certain services and support to registered representatives in order to facilitate sales of the Products. These firms are referred to by AGLD as Independent Wholesalers (IW). In order for you to sell AGLD's variable universal life insurance products through an IW, an IW agreement must be in place, your broker-dealer must be informed, pursuant to NASD Rule 3030, of the IW election and this Election Form must be submitted to AIG Life Brokerage that documents your IW selection. If you wish to obtain support through an IW firm, please indicate your election below:

☐ IW Election: _____
(Name of IW Firms and Code Number)

## Part 6  Errors and Omissions Insurance Coverage (required at BGA/IMO Only)

☒ Yes – I have E&O Coverage (Copy of current Certification enclosed).

☐ No – I do not have E&O Coverage

IW:

AGLB 1058 Rev10/02                                   2

AG SASONI 01133