# Exhibit C

```
              UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF FLORIDA
                    TAMPA DIVISION
              CASE NO.: 8:15-cv-00192-EAK-AEP


AMERICAN GENERAL LIFE INSURANCE COMPANY,

        Plaintiff,

VS.

KEVIN H. BECHTEL, et al,

        Defendants.
_____


   DEPOSITION OF:           JANA KLOTZ


   TAKEN BY:                RICHARD MILLIAN, ESQUIRE


   TAKEN:                   January 18, 2017


   TIME:                    10:00 a.m. - 12:00 p.m.


   PLACE:                   Verbatim Professional Reporters
                            2202 N. Westshore Boulevard
                            Suite 200
                            Tampa, FL 33607


   REPORTED BY:             CHARLENE M. EANNEL, RPR
                            Court Reporter, Notary Public


                            PAGES 1 - 62


            VERBATIM PROFESSIONAL REPORTERS, INC.
              601 CLEVELAND STREET, SUITE 380
                   CLEARWATER, FL 33755
                      (727)442-7288
```

```
 1      A.   It was, I believe, prior to '07, and he left and
 2 went to another agency and, I believe, is now retired.
 3      Q.   Okay.  Do you know where he's retired, what
 4 state?
 5      A.   I don't.
 6      Q.   Do you know what his position was when he did
 7 retire from American General or when he left American
 8 General, I should say?
 9      A.   He was a senior distribution officer, but I'm
10 not sure of his exact title.
11      Q.   Turn to Bates label, at the bottom, 57.
12      A.   (Witness complies.)
13      Q.   Who does this agency agreement appear to be
14 between?
15      A.   Life Brokerage Partners, LLC and American
16 General.
17      Q.   And what indicates to you that it's Life
18 Brokerage Partners and American General?
19           MR. DONAHUE:  Object to the form.
20           THE WITNESS:  So it's definitely American
21      General because it's our agreement, and then the Life
22      Brokerage Partners corporate name is there listed at
23      the top.
24 BY MR. MILLIAN:
25      Q.   Okay.  So if we went back to page 1 -- you don't
```

```
 1   commissions, you would have -- so really, depending on
 2   your need, you could possibly have another page regarding
 3   that.
 4        Q.   But those are the three main categories of
 5   documents?  I'm not going to hold you to it, but those are
 6   the three that I'm concerned about.
 7        A.   That's right.
 8        Q.   What are contained in the -- I think you said
 9   ten pages of the agency agreement?  What makes up those
10   ten pages today?
11        A.   Sure.  Today it's the signature page, you know,
12   giving us the information of who is actually signing the
13   agreement, and then really the -- I refer to as the legal
14   language of the contract.
15        Q.   Okay.  And does the legal language of the
16   contract, are they -- are agents required to initial those
17   pages or sign those pages off today?
18        A.   No.
19        Q.   Okay.  Is there any verification procedure in
20   place today as we sit here that American General verifies
21   that an agent actually saw the legal language of the
22   contract, of the agency agreement?
23        A.   No, there is no procedure in place to verify
24   that.
25        Q.   If I wanted to be an agent today, could I go on
```

1  downline agents, so I would assume they would be very
2  familiar with the contracting language as they onboarded
3  new people.
4      Q.  Does the contracting language ever change?
5      A.  I'm sure it could change, but it's usually
6  pretty static for many years.
7      Q.  Who would be in a better position to testify as
8  to whether the terms of the lawyer language changes on a
9  more frequent basis?  Either yourself or somebody that's a
10 national marketing organization?
11         MR. DONAHUE:  Object to the form.
12         THE WITNESS:  I would say if you want to know if
13     American General's contract language is changing, you
14     would need to go to someone in legal who would be
15     responsible for changing the language.
16         MR. MILLIAN:  Okay.
17 BY MR. MILLIAN:
18     Q.  Do you know John Ekberg?
19     A.  I know him in preparation for today.
20     Q.  Okay.  I think we did it for 01 but for 57, is
21 there any language on that agency agreement page that
22 indicates that there is additional lawyer language to this
23 agency agreement?
24         MR. DONAHUE:  Object to the form.
25         THE WITNESS:  I don't see that additional

1              language.
2      BY MR. MILLIAN:
3          Q.   Okay.  And if you look at the subsequent pages
4      to 57, is there anything on those pages that would
5      indicate that either Life Brokerage Partners or Kevin
6      Bechtel reviewed this lawyer language prior to signing the
7      agency agreement?
8          A.   No.
9          Q.   Did you have a chance to review the rescission
10     and release agreement that was entered into between
11     American General and the Sasoni trust in this case?
12         A.   Do you have a copy for me to see?
13         Q.   Yes.
14         A.   Yes, I do believe that I did see this.
15         Q.   Okay.  And do you know how much money American
16     General paid to the trusts for this agreement?
17         A.   Not off the top of my head.
18         Q.   Okay.  Is that something that you could
19     ascertain, though?
20         A.   Sure.
21         Q.   If I asked you to turn to the second page in
22     paragraph 2, would that help you to determine that amount?
23         A.   Yes.
24         Q.   Okay.  Do you know if that amount in paragraph 2
25     is more or less or the same of the amount of premium that

```
 1   American General's website, go to that form's form, or
 2   would I have to go through an IMO or somebody else that
 3   has it, a recruiter?
 4        A.   You would have to go through someone who has
 5   access.
 6        Q.   I couldn't get into that system?
 7        A.   Correct.
 8        Q.   Okay.  As part of the application procedure
 9   today to -- to become an agent, are the -- is the agent or
10   IMO, the recruiter, and I -- forgive me if I'm
11   interchanging those -- is the recruiter required to return
12   the signed agency agreement along with the legal language
13   of the agency agreement?
14        A.   Today in our current environment we post the
15   executed contract or the signature pages to our web site,
16   and the recruiter or the IMO would have access, as well as
17   the agent who signed the contract.
18             The complete agency agreement is available
19   through our forms depot, our "Fast Forms," and would be
20   available to the recruiter and to the agent.
21        Q.   But it wouldn't be available to the agent until
22   after he became an agent, correct?
23        A.   So to me, as a recruiter who is downloading the
24   forms for the agent to sign, would provide them the full
25   information or the agreement to sign.
```