# Exhibit D

**AIG AMERICAN GENERAL**

**Assignment of Agent Contract**

☒ American General Life Insurance Company (AGL)
☒ The Old Line Life Insurance Company (OLL)
Members of American International Group, Inc.

For value received, __Kevin Bechtel__ an agent under the AGFG Agency Agreement (or its successor as defined by the company) with the primary company named in the CONSENT TO ASSIGNMENT below ("American General Life" / "Old Line Life") and hereinafter called Assignor, assigns Assignor's Agent Contract ("Contract") for INSURER AIG Annuity Insurance Company, formerly known as American General Annuity Insurance Company, in its entirety to __Life Brokerage Equity Group__ hereinafter called Assignee. This Assignment removes from Assignor any and all rights, privileges, duties, and obligations under the Contract and places them with Assignee as if the Contract had been originally executed by Assignee. It is expressly understood among the parties to this Assignment that American General Life / Old Life Line reserves the right to offset any indebtedness now or in the future owed to it by Assignee against amounts payable to Assignee under the Primary Contract.

Assignee, under the terms of this Assignment, has received full power and authority, for Assignee's own benefit and conduct of business, all rights, privileges, duties and obligations as full as if Assignee were the original party to the Contract; provided; however, that no transfer of Assignee's rights hereunder, whether voluntary, involuntary, or by operation of law, shall be binding upon American General Life/Old Line Life until actual written notice of such transfer has been received by it.

Executed this __24th__ day of __February__

_____  _____
Assignor                     Witness

**ASSIGNEE AGREEMENT**

Assignee has received the assignment of the Agent Contract ("Contract") executed between Assignor and the Primary Company in the CONSENT TO ASSIGNMENT below ("American General Life" / "Old Line Life") in exchange for the AGL's / OLL's consent to the assignment.

Assignee is the holder of all rights, privileges, duties, and obligations under the Contract. All commissions payable under the Agreement after the effective date of this Assignment shall be paid to Assignee and will be reported under Tax Identification Number __65-0972017__, pursuant to Assignee's instructions.

Executed this __24th__ day of __February__

_____  __Life Brokerage Equity Group__  __President__
Assignee Signature           Name  Gary A. Richardson      Title

**CONSENT TO ASSIGNMENT**

American General Life/Old Line Life hereby consents to the foregoing assignment, subject to the terms, provisions, and conditions above stated or referred to.

Executed this __24th__ day of __FEBRUARY__, __2003__

☒ AMERICAN GENERAL LIFE INSURANCE COMPANY    ☒ OLD LINE LIFE INSURANCE COMPANY

_____  _____  _____
Signature                   Name                        Title

Received Time Feb 24  3:13PM

AGL / BECHTEL 000007