# Exhibit F

## Affidavit of Gary Richardson

BEFORE ME, the undersigned authority, personally appeared Gary Richardson, who, being duly sworn, deposes and says:

1. I am over the age of majority, have firsthand knowledge of the facts set forth in this affidavit, and know the facts to be true and correct based upon information known by me.

2. On or about September 30, 2008, I entered into an Agreement (the "September 30, 2008 Agreement") on behalf of myself, and my companies, Life Brokerage Financial Group (LBFG) and Cardinal Marketing Group (Cardinal) with Life Brokerage Partners (LBP) and Kevin Bechtel (Bechtel) and the two companies in which Bechtel and I each held a stock interest, Broker Dealer Services (BDS) and Life Brokerage Equity Group (LBEG).

3. The principal purposes of the Agreement was threefold: (i) to terminate the Cardinal marketing agreement that had been in force during the prior year between LBP and Cardinal, (ii) to divest Bechtel of his interest in BDS, and (iii) to set forth the terms for handling LBEG's ongoing revenue stream consisting of renewal commissions that were being received from various insurance companies for business that LBEG had previously conducted.

4. When entering into the September 30, 2008 Agreement, the parties to the Agreement did not intend for the Agreement to effect or have any impact on either (i) the insurance business that LBP generated for insurance companies under the agency agreements LBP executed after Bechtel formed LBP in 2007, or (ii) on the insurance business that LBFG generated for insurance companies under the agency agreements that LBFG executed after I formed LBFG in 2007. The September 30, 2008 Agreement was not intended by the parties to benefit any person or entity other than the parties specifically named in the September 30, 2008 Agreement.

5. As it pertains to LBEG, paragraphs 1, 2 and 7 of the September 30, 2008 Agreement were intended to preserve the continuing revenue stream that was being generated by LBEG under the operative agency contracts that were still in place between LBEG and various insurance companies in order ensure that the renewal commissions were preserved and available to pay LBEG's expenses, and once those expenses were satisfied, to set forth a formula for determining distributions to LBEG's shareholders and for determining the handling of claims against LBEG in the unlikely event such claims exceeded LBEG's revenue streams.

6. Attached hereto is a true and correct copy of the contracting documents that LBFG was required to complete and submit to American General following LBFG's formation in 2007.

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

_____
GARY RICHARDSON

2

The foregoing Affidavit was sworn to and subscribed before me on this __/__ day of __May__, 2017 by Gary Richardson and [X] who is personally known to me or [ ] who produced _____ as identification.

_Sheila F. Exum_
Notary Public, State of Florida

SHEILA F. EXUM
MY COMMISSION # FF 071534
EXPIRES: February 7, 2018
Bonded Thru Budget Notary Services

2