# Exhibit G

## AGENCY AGREEMENT

*Each life insurance company's products are separately underwritten and independently supported by the representative company. The below listed companies are members of the American International Group, Inc.*

Life Brokerage Partners LLC

FOR

Last Name **Bechtel** First Name **Kevin** Middle Initial **H**

If Representative is a Corporation, the full Corporate name must appear above, and an authorized officer must sign and indicate the officer's title.

Individual
Social Security Number REDACTED

Corporation
Tax Identification Number **20-8344089**

Representative

Signature _____ Title **Owner**

American General Life Companies

Contract Date _____
To be completed by Home Office      Home Office Authorized Signator

American General Life Insurance Company, Houston, TX
A division of the American International Companies.

AGL81054-105

**WE KNOW LIFE.**



AIG Life Brokerage

04/24/2007 16:17 0695138 7913

AGL / BECHTEL 000057