# Exhibit H

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO.: 8:15-cv-00192-EAK-AEP

AMERICAN GENERAL LIFE INSURANCE COMPANY,

    Plaintiff,

VS.

KEVIN H. BECHTEL and LIFE BROKERAGE PARTNERS, LLC,

    Defendants.

---

| | |
|---|---|
| DEPOSITION OF: | JALEN VICTOR LOHMAN |
| TAKEN BY: | RICHARD C. MILLIAN, ESQUIRE |
| TAKEN: | December 17, 2015 |
| TIME: | 9:00 a.m. - 11:23 a.m. |
| PLACE: | Verbatim Professional Reporters<br>2202 N. Westshore Boulevard<br>Suite 200<br>Tampa, FL 33607 |
| REPORTED BY: | CHARLENE M. EANNEL, RPR<br>Court Reporter, Notary Public |

PAGES 1 - 104

VERBATIM PROFESSIONAL REPORTERS, INC.
601 CLEVELAND STREET, SUITE 380
CLEARWATER, FL 33755
(727)442-7288

```
 1   BY MR. MILLIAN:
 2        Q.    Will American General do business with an agent
 3   that it doesn't sign a contract with?
 4              MR. DONAHUE:  Object to the form.
 5              THE WITNESS:  Will American General do business
 6        with an agent that it -- that American General hasn't
 7        signed?  American General will execute the contracts.
 8   BY MR. MILLIAN:
 9        Q.    Okay.  And on page 1 of Exhibit B, can you tell
10   me where American General executed this contract?
11        A.    Yeah, I don't see the signature on there.
12        Q.    Now, you said sometimes -- I don't want to use
13   your words.  Are there times where the entire contract,
14   including the terms and conditions, are scanned into the
15   system versus times where just the cover page is scanned
16   into the system?
17        A.    It is possible, just different processes over
18   the years.
19        Q.    So it was a yearly thing or a person thing that
20   would decide whether it was -- the whole terms and
21   conditions with the agency agreement or just the agency
22   agreement was scanned?
23        A.    It would have been more procedure, not person.
24   It would have -- not necessarily yearly.  If you had one
25   group that was doing it, they may have done it a certain
```

1  way, and then two years later the work was migrated to a
2  different unit and they did things a different way.
3      Q.   What's the procedure today?
4      A.   The procedure today, I believe, is the signature
5  page is scanned in and then the hard copies of the
6  contracts are kept separately and they are referred, you
7  know, by form number.
8      Q.   So American General, I know you said that's not
9  entirely paperless.  So you have paper files at American
10 General as well?
11     A.   Well, they're electronic, so when I -- these --
12 these contracts are electronic.  You print them off.
13 They're PDF forms.
14     Q.   Okay.  You're in contracting now, correct?
15     A.   Yes.
16     Q.   Are you in charge of signing up agents to sell
17 American General products?
18     A.   I wouldn't say signing up.  I'm responsible for
19 the administration of processing the contracting paperwork
20 when it comes in.
21     Q.   What paperwork do you receive from an agent when
22 they want to apply to sell American General products
23 currently?
24     A.   Agents have to be recruited so they have to have
25 an IMO or an agency who fills out the paperwork and says,