# Exhibit J

John Ekberg
January 16, 2017

```
 1                UNITED STATES DISTRICT COURT
                           FOR THE
 2                 MIDDLE DISTRICT OF FLORIDA

 3    AMERICAN GENERAL LIFE
      INSURANCE COMPANY,
 4
              Plaintiff,
 5
      -vs-                    Civil Action No. 8:15-cv-192-T-AEP
 6
      KEVIN H. BECHTEL, ET AL.,
 7
              Defendants.
 8    _____/

 9

10

11              DEPOSITION OF JOHN EKBERG

12          Taken on Behalf of the Plaintiff

13

14      DATE TAKEN:  January 16, 2017

15           TIME:  10:01 a.m. to 11:03 a.m.

16          PLACE:  U.S. Legal Support, Inc.
                    444 Seabreeze Boulevard, Suite 433
17                  Daytona Beach, Florida

18

19

20

21

22

23

24          Stenographically Reported by:
              Jennifer Lynn Harris, RPR
25          Registered Professional Reporter
```

U.S. LEGAL SUPPORT
(813) 876-4722

John Ekberg
January 16, 2017                                                    34

1   Q. Is that -- which, in turn, you wouldn't know if
2   solicitors got paid commissions by American General?
3   A. I do not. I would not, no.
4   Q. In the documents that you produced, is there
5   anything in those documents that would indicate one way or
6   another that either Life Brokerage Partners or Kevin Bechtel
7   received what you termed, I think, standard terms and
8   conditions in the industry?
9       MR. DONAHUE: Object to the form. Foundation.
10  A. I would have no knowledge directly whether he
11  received those forms. He -- I mean, he would have received
12  the entire contract. Once it was approved and -- by the
13  company, a complete contract is sent out.
14  Q. (BY MR. MILLIAN) So would it have been sent by
15  American General to him once it was countersigned by
16  American General?
17  A. That is correct.
18  Q. Okay. Looking at No. 17 again, is there anything
19  on that page that would indicate to me or to anybody that,
20  aside from this page, there's additional terms and
21  conditions that a person is agreeing to in signing this
22  page?
23  A. Not based on this page, no.
24  Q. Okay. Is there another page that's not included
25  that you're aware of -- that's not included in your packet

1    A.  Well, the application is here.
2    Q.  Okay.  Would it have a different form code though?
3    A.  I'd have to look.  I mean, it -- that will change
4  over years.  In this case, I'm looking -- it has a
5  different -- 1058.  Yeah, it has a different number.
6    Q.  I mean, for example, if I want to contract with
7  American General today --
8    A.  Uh-huh.
9    Q.  -- I go on their Web site, I click on the forms,
10 and I find a form that says "Agency Contract" or something
11 similar, correct?
12   A.  Yes.
13   Q.  And what would -- if I hit print on that, what
14 would print out?
15   A.  Well, it would be a contracting kit.  And the
16 people that have access to that are people that are in the
17 hierarchy high enough that recruit other people.  So you
18 would hit on the contract kit and it would spit out the
19 entire contract, including the boilerplate, the -- the
20 application with the confidential personal information, all
21 of that would be there.
22   Q.  And what level of person do you need to be to be
23 able to access that application?
24   A.  You need to be at the IMO level.
25   Q.  Okay.  And what level was Mr. Bechtel at?