# Exhibit L

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMERICAN GENERAL LIFE INSURANCE
COMPANY,

       Plaintiff,

vs.                                    Case No. 8:15-cv-00192-EAK-AEP

KEVIN H. BECHTEL and LIFE BROKERAGE
PARTNERS, LLC

       Defendants.
_____/

### Affidavit of Kevin H. Bechtel

BEFORE ME, the undersigned authority, personally appeared Kevin H. Bechtel, who, being duly sworn, deposes and says:

1. I am over the age of majority, have firsthand knowledge of the facts set forth in this affidavit, and know the facts to be true and correct based upon information known by me or based upon information obtained from business records of Life Brokerage Partners, LLC ("LBP") and Life Brokerage Equity Group, Inc. ("LBEG").

2. LBEG was a Florida corporation formed pursuant to Florida law on or about January 3, 2000. At the time of signing the paper titled "Agency Agreement" referenced in Plaintiff's Amended Complaint as Exhibit A, I was employed by LBEG as its vice president.

3. LBP was a limited liability company formed under Florida law on or about January 30, 2007. At the time of the issuance of the Policies at issue in this case, I was employed by LBP as its chief executive officer.

4. The alleged 2003 "Agency Agreement" referenced in American General Life Insurance Company's ("American General") Amended Complaint was signed by me on behalf of LBEG in 2003. I did not sign the "Agency Agreement" in my individual capacity.

5. The Tax Identification Number for Life Brokerage Equity Group, LLC is 65-0972017, which is the Tax Identification Number identified on the "Agency Agreement" referenced in American General's Complaint.

6. On or about February 24, 2003 I signed an Assignment of Contract, assigning any and all duties, obligations and rights I may have with any contract with American General to LBEG. This assignment was done with American General's permission.

7. The alleged 2007 "Agency Agreement" is between LBP and American General.

8. Prior to executing the 2007 "Agency Agreement" I was not aware that there were "specimen" terms and conditions that went along with the "Agency Agreement."

9. I was not aware that "specimen" terms and conditions to the 2007 Agency Agreement were available on the American General website.

10. I was never informed by American General that the "specimen" terms and conditions to the 2007 Agency Agreement were available on its website.

11. At the time LBP executed the 2007 Agency Agreement it was not an Independent Marketing Organization ("IMO").

12. I reviewed the LBP contracting file with American General for the 2007 Agency Agreement and there are no terms and conditions contained within the contracting file.

13. Through the date of this affidavit, American General has never presented LBP with a fully executed 2007 Agency Agreement.

14. On or about September 30, 2008, I along with five (5) other persons/entities entered into an agreement that divested me of any interest in one of the companies (Broker Dealer Services, not a party to this lawsuit), terminated a previous agreement between LBP and one of the companies (Cardinal Marketing Group, also not a party to this lawsuit) and to ensure that the revenue generated by LBEG was maintained.

15. The September 2008 Agreement was not intended to benefit any parties that were not parties to the September 2008 Agreement.

16. American General was not a party to the September 2008 Agreement, the September 2008 Agreement was not intended in any way to benefit American General

2

and the September 2008 Agreement did not modify or void the 2003 Assignment of Contract entered into between LBEG and myself.

17.   The September 2008 Agreement was entered into over a year after the life insurance policies in this case were issued and after $1,053,332.00 in premium was paid to American General on the life insurance policies.

18.   A majority of the commissions paid by American General on the two life insurance policies were paid by American General prior to the September 30, 2008 Agreement.

FURTHER AFFIANT SAYETH NAUGHT.

STATE OF FLORIDA

COUNTY OF HILLSBOROUGH

_____
KEVIN H. BECHTEL

The foregoing Affidavit was sworn to and subscribed before me on this 2nd day of May, 2017 by Kevin H. Bechtel, in his personal capacity and as the former CEO of Life Brokerage Partners, LLC, and as the former VP of Life Brokerage Partners, LLC and [M] who is personally known to me or [ ] who produced _____ as identification.

[Stamp]

_____
Notary Public, State of Florida

3