# Exhibit M

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

AMERICAN GENERAL LIFE INSURANCE
COMPANY,

      Plaintiff,

vs.                                                Case No. 8:15-cv-00192-EAK-AEP

KEVIN H. BECHTEL and LIFE BROKERAGE
PARTNERS, LLC

      Defendants.

_____/

### Affidavit of Vanessa Nally Derouise

BEFORE ME, the undersigned authority, personally appeared Vanessa Nally Derousie, who, being duly sworn, deposes and says:

1. I am over the age of majority, have firsthand knowledge of the facts set forth in this affidavit, and know the facts to be true and correct based upon information known by me or based upon information obtained from business records of Life Brokerage Partners, LLC ("LBP") and Life Brokerage Equity Group, Inc. ("LBEG").

2. In 2007, I was the Director of Licensing and Contracting for LBP.

3. As part of the formation of LBP, it was required to obtain contracts with insurance companies for the purpose of conducting business with those insurance companies.

4. As the Director of Licensing and Contracting, I was placed in charge of obtaining the applications and contracting documents from the various insurance companies.

5. For American General, I contacted its contracting department and requested all application and contracting documents necessary to get LBP contracted with American General.

6. American General provided me with the application and contracting documents that were necessary for LBP to have an IMO contract with American General.

7. No other documents were provided by American General or on its behalf in order to become contracted with American General.

8. Included in the application and contracting documents that were provided to me by American General was an Appointment Application, a 1 page Agency Agreement and an Assignment of Commissions document. The documents were completed by my office, signed by Kevin Bechtel as Owner of LBP and returned to American General.

9. There were no terms and conditions or other documents included with the Agency Agreement document.

10. I was not instructed by anybody at American General nor was I aware that terms and conditions that went along with the Agency Agreement were available on the American General website.

11. In October 2007, I contacted John Ekberg and requested that he obtain a copy of the executed LBP Agency Agreement from American General.

12. Prior to my leaving LBP in 2009, I never received a fully executed copy of the Agency Agreement.

13. I reviewed the "specimen" terms and conditions that American General has alleged in the pending lawsuit are part of the Agency Agreement between it and LBP. Prior to reviewing the "specimen" terms and conditions in preparation for this affidavit, I had never seen them, was not provided with them by anybody at American General.

FURTHER AFFIANT SAYETH NAUGHT.

STATE OF FLORIDA

COUNTY OF HILLSBOROUGH

VANESSA NALLY DEROUSIE

2

      The foregoing Affidavit was sworn to and subscribed before me on this 27th day of April, 2017 by Vanessa Nally Derousie and [✓] who is personally known to me or [ ] who produced _____ as identification.

[Stamp here]

                                                      Notary Public, State of Florida

3