# Exhibit N

# Exhibit N

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO.: 8:15-cv-00192-EAK-AEP

AMERICAN GENERAL LIFE INSURANCE COMPANY,

    Plaintiff,

VS.

KEVIN H. BECHTEL, et al,

    Defendants.

---

| | |
|---|---|
| DEPOSITION OF: | GARY RICHARDSON |
| TAKEN BY: | DAVID DONAHUE, ESQUIRE |
| TAKEN: | January 19, 2017 |
| TIME: | 9:30 a.m. - 12:00 p.m. |
| PLACE: | Verbatim Professional Reporters<br>2202 N. Westshore Boulevard<br>Suite 200<br>Tampa, FL 33607 |
| REPORTED BY: | CHARLENE M. EANNEL, RPR<br>Court Reporter, Notary Public |

PAGES 1 - 94

VERBATIM PROFESSIONAL REPORTERS, INC.
601 CLEVELAND STREET, SUITE 380
CLEARWATER, FL 33755
(727)442-7288

```
 1              Putting aside, I guess, what was actually sent
 2   in to American General, I'm saying -- I'm asking you would
 3   Mr. Bechtel, at that time, have had an opportunity to
 4   review all of the pages of the then-current agency
 5   contract?
 6              MR. MILLIAN:  Object to the form.
 7              THE WITNESS:  My assumption is -- and again, I'm
 8        assuming -- that they're -- not whether or not Kevin
 9        received it or not -- I don't know -- but it may
10        have -- did it get caught up in his office?
11        So all those things come into play, but should
12        there have been some sort of a contract?  I would
13        assume, yes.
14   BY MR. DONAHUE:
15        Q.   So I guess my question relates more to not
16   whether he did or didn't look at it.  I mean, who knows
17   what happened or what he looked at or didn't look at.
18              My question is -- it goes back to some of the
19   earlier testimony that these agent forms or agent
20   contracts were available online.  And so knowing that, do
21   you believe he would have at least had an opportunity to
22   review the terms of any of agent contract that was signed
23   at that time?
24              MR. MILLIAN:  Object to form.
25              THE WITNESS:  When you say the contracts are
```

```
 1          online, are you saying the contract paperwork or are
 2          you saying the contract coming back from AIG?
 3   BY MR. DONAHUE:
 4          Q.   I'm saying the -- at that point, it would be
 5   part of the kit or the paperwork.
 6          A.   No, that's not what I'm saying.
 7          Q.   Okay.
 8          A.   Are you telling me that the contract paperwork
 9   that's online is what I fill out to apply for a contract,
10   or are you telling me that my contract with AIG is
11   available online?
12          Q.   What I'm saying is there are contract forms
13   online.
14          A.   So I have to fill them out in order to receive a
15   contract?
16          Q.   Well, you have to sign the contract form and
17   send it in with your application.
18          A.   To receive a contract?
19          Q.   To be contracted.
20          A.   Okay.  Okay.
21          Q.   Right.
22          A.   So now you're asking what part of that question?
23          Q.   Well, just to make sure we're on the same page,
24   there is certainly -- you know, I think we can at least
25   agree that part of the -- a portion of the agency, you
```

```
 1   know, appointment documents were available online, right?
 2         A.   Again, I'm going to -- the forms that I have to
 3   fill out --
 4         Q.   Yes.
 5         A.   -- to submit to AIG for them to contract me?
 6         Q.   Yes.
 7         A.   Those forms are available online.
 8         Q.   Right.  It is your understanding that --
 9         A.   I think.
10         Q.   -- that part of the package that gets sent or
11   that you have to sign and fill out -- part of that is
12   whatever the then-current agent contract is?
13              MR. MILLIAN:  Object to form.
14              THE WITNESS:  So some of the paperwork I fill
15         out in order to apply for a contract sent back in the
16         contract?
17   BY MR. DONAHUE:
18         Q.   No.  I'm saying part of what you fill out and
19   you send to the company for them to do what they do, part
20   of that is the agent contract that you have signed?
21              MR. MILLIAN:  Object to the form.
22              THE WITNESS:  I'm not bantering with you.
23   BY MR. DONAHUE:
24         Q.   No, no.
25         A.   So the contract that American General -- they
```

```
 1   got all the stuff in and they contract you, they send you
 2   back the -- their contract saying, "You are now contracted
 3   with AIG."  You're saying that there is a signed page in
 4   there that was part of the package that I originally sent
 5   to you?
 6        Q.   Yes.
 7        A.   I don't know if that's true or not.
 8        Q.   Okay.
 9        A.   I don't remember if that's true.
10        Q.   Do you know one way or the other?
11        A.   What's that?
12        Q.   Do you know one way or the other?
13        A.   I don't know one way or the other.
14        Q.   Let's get to Exhibit number 5.  I'm sorry, this
15   memo from John Ekberg.
16             This is a memo, as we've discussed, dated
17   March 25th, 2007; do you see that?
18        A.   I do.
19        Q.   The first sentence, "Enclosed are AIG LBG
20   contracts for the two principals mentioned above."
21             Do you see that?
22        A.   I do, yes.
23        Q.   Does that refresh your recollection or help at
24   all with regard to what sort of paperwork was submitted
25   initially?
```