# EXHIBIT C

```
3/12/03 16:01      5:46PM   Life Brokerage Equity Group              No.6388  P. 9/9
505933004431
```

All American Life Insurance Company, Springfield, IL
American General Annuity Insurance Company, Amarillo, TX *
American General Life Insurance Company, Houston, TX
The Old Line Life Insurance Company of America, Milwaukee, WI

**AMERICAN GENERAL FINANCIAL GROUP**

*American General Financial Group is the marketing name for American General Corporation and its subsidiaries*

## AGENCY AGREEMENT

*Each life insurance company's products are separately underwritten and independently supported by the representative company. The above-listed companies are members of the American General Financial Group.*

*American General Financial Group is the marketing name for American General Corporation and its subsidiaries. American General Corporation is not responsible for financial obligations of these corporations.*

FOR

Last Name __Bechtel__   First Name __Kevin__   Middle Initial __H__

If Representative is a Corporation, the full Corporate name must appear above, and an authorized officer must sign and indicate the officer's title.

Individual
Social Security Number _____

Corporation
Tax Identification Number __65-0972017__

Representative

Signature __[signed]__   Title __VP__

Primary Company
The Old Line Life Insurance Company of America, Inc.

Contract Date __2-24-03__
To be completed by Home Office

__[signed] A Hollan__
Home Office Authorized Signator

* This Agency Agreement may not be used to contract banks, credit unions or thrifts to American General Annuity Insurance Company and, if submitted for that purpose, will not be accepted. This Agency Agreement may not be used to replace an in force American General Annuity Insurance Company Agency Contract and, if submitted for that purpose, will not be accepted.

AGL / BECHTEL 000001

FEB-28-2024 10:11  ALL AMERICAN LIFE  1 303 793 3454  P.03
504454005046  3/9/02 8:05AM  BAD COPY
504412004024

All American Life Insurance Company, Springfield, IL.
American General Annuity Insurance Company, Amarillo, TX *
American General Life Insurance Company, Houston, TX
The Old Line Life Insurance Company of America, Milwaukee, WI

**AMERICAN GENERAL FINANCIAL GROUP**

*American General Financial Group is the marketing name for American General Corporation and its subsidiaries and the subsidiaries*

## AGENCY AGREEMENT

*Each life insurance company's products are separately underwritten and independently supported by the representative company. The above-listed companies are members of the American General Financial Group.*

*American General Financial Group is the marketing name for American General Corporation and its subsidiaries. American General Corporation is not responsible for financial obligations of these corporations.*

FOR

Last Name **RICHARDSON** First Name **GARY** Middle Initial **A**

**LIFE BROKERAGE EQUITY GROUP**

If Representative is a Corporation, the full Corporate name must appear above, and an authorized officer must sign and indicate the officer's title.

Individual
Social Security Number **REDACTED**

Corporation
Tax Identification Number **65-0972017**

Representative
Signature _[signature]_  Title **President**

Primary Company
The Old Line Life Insurance Company of America, Inc.

Contract Date **MARCH 15, 2002**
To be completed by Home Office:  _[signature]_
Home Office Authorized Signator

* This Agency Agreement may not be used to contract banks, credit unions or thrifts to American General Annuity Insurance Company and, if submitted for that purpose, will not be accepted. This Agency Agreement may not be used to replace an in force American General Annuity Insurance Company Agency Contract and, if submitted for that purpose, will not be accepted.

AGL / BECHTEL 000022

04/24/2007 16:17 0695138 7913

## AGENCY AGREEMENT

*Each life insurance company's products are separately underwritten and independently supported by the representative company. The below listed companies are members of the American International Group, Inc.*

Life Brokerage Partners LLC
FOR
Last Name __Bechtel__   First Name __Kevin__   Middle Initial __H__

If Representative is a Corporation, the full Corporate name must appear above, and an authorized officer must sign and indicate the officer's title.

Individual
Social Security Number __REDACTED__

Corporation
Tax Identification Number __20-8344089__

Representative

Signature _[signed]_   Title __Owner__

American General Life Companies

Contract Date _____
To be completed by Home Office        Home Office Authorized Signator

American General Life Insurance Company, Houston, TX
AGLD1056-1105        A division of the American International Companies.©

**WE KNOW LIFE.®**



AIG Life Brokerage

AGL / BECHTEL 000057

## AGENCY AGREEMENT

*Each life insurance company's products are separately underwritten and independently supported by the representative company. The below listed companies are members of the American International Group, Inc.*

Life Brokerage Financial Group
FOR

Last Name Richardson    First Name Gary    Middle Initial A

If Representative is a Corporation, the full Corporate name must appear above, and an authorized officer must sign and indicate the officer's title.

Individual
Social Security Number __REDACTED__

Corporation
Tax Identification Number 77-0672218

**Representative**

Signature /s/ Gary P. Richardson    Title President

American General Life Companies

Contract Date _____
To be completed by Home Office        Home Office Authorized Signator

American General Life Insurance Company, Houston, TX
A division of the American International Companies.®

AGLB1056-1105

**WE KNOW LIFE.®**


AIG Life Brokerage