# EXHIBIT E

## 1

IN THE DISTRICT COURT OF TARRANT COUNTY, TEXAS
153rd JUDICIAL DISTRICT
CAUSE NO. 153-247206-10

WELLS FARGO BANK, NA., Trustee of
the THOMAS COCCO INSURANCE TRUST,
a Texas common law trust, the
THOMAS COCCO 2007-1 INSURANCE
TRUST, a Texas common law trust,
THOMAS COCCO, STEPHEN WECHSLER,
THE WECHSLER FINANCIAL GROUP,
INC., KEVIN BECHTEL, and LIFE
BROKERAGE PARTNERS, LLC,

    Plaintiffs,

vs.

AMERICAN GENERAL LIFE INSURANCE
COMPANY,
    Defendant.
_____/

VIDEOTAPED DEPOSITION OF KEVIN BECHTEL

Thursday, December 15, 2011
8:36 a.m. - 12:11 p.m.
Esquire Deposition Solutions
101 E. Kennedy Boulevard, Suite 3350
Tampa, Florida

REPORTED BY:
ABIGAIL L. CHRIST
Notary Public
State of Florida at Large
Esquire Deposition Services - Tampa, Florida
813-221-2535  (800-838-2814)
Job No.: 268335

## 2

APPEARANCES:

NATHAN LANDER, ESQUIRE
PROSKAUER ROSE, LLP
Eleven Times Square
New York, New York 10036
212-969-3000

    Attorney for Plaintiffs, WELLS FARGO BANK,
NA., Trustee of the THOMAS COCCO INSURANCE
TRUST, a Texas common law trust, the THOMAS
COCCO 2007-1 INSURANCE TRUST, a Texas common
law trust, THOMAS COCCO

CHARLES G. GEITNER, ESQUIRE
HINSHAW & CULBERTSON, LLP
100 South Ashley Drive, Suite 500
Tampa, Florida 33602
813-276-1662

    Attorney for Plaintiffs, KEVIN BECHTEL, and
LIFE BROKERAGE PARTNERS, LLC

TRES CLEVELAND, ESQUIRE
MAYNARD COOPER & GALE, PC
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203
205-254-1000

    Attorney for Defendant, AMERICAN GENERAL LIFE
INSURANCE COMPANY

ALSO PRESENT: Calvin Cory, Videographer on behalf
of Esquire Deposition Solutions

## 3

INDEX
VIDEOTAPED DEPOSITION OF KEVIN BECHTEL                         PAGE
Examination by Mr. Cleveland........................6
Errata Sheet........................193-195
Certificate of Reporter............................196
Certificate of Oath................................197

DEFENDANT'S EXHIBITS
NO.   DESCRIPTION                                        PAGE
1    Deposition notice for Kevin Bechtel..........5
2    Corporate deposition notice for Life Brokerage
     Partners......................................5
3    Appointment application.....................48
4    Life Brokerage Equity Group Upline Form......50
5    Appointment application.....................52
6    Agency agreement............................56
7    Assignment of Agent Contract.................58
8    American General Compliance Manual...........63
9    Email from Kevin O'Brien to Jessica Willey...84
10   June 23rd, 2005 compliance bulletin from
     AIG........................................129
11   Compliance bulletin February 2nd, 2006......132
12   Field bulletin..............................136
13   Compliance bulletin from American General...139
14   Field bulletin dated July 21, 2006..........142
15   Field note from American General of

## 4

DEFENDANT'S EXHIBITS CONTINUED
NO.   DESCRIPTION                                        PAGE
16   Timeline of hand-outs......................147
17   American General Life Policy UME115584-
     L issued to Thomas Cocco...................151
18   Policy UME115586-L.........................163
19   Texas Trust 311 through 312................181
20   Agent report...............................184
21   Composite: Field bulletin dated July 21,
     2006.......................................185
22   Agent Certification Forms..................190



```
                                                         41
 1   General, your commissions, if it said, "40 percent,
 2   Kevin Bechtel," based on your coding, that automatically
 3   went to Life Brokerage Partners; is that correct?
 4        MR. GEITNER:  Objection to form.
 5   BY MR. CLEVELAND:
 6        Q    That 40 percent --
 7        A    Okay.
 8        Q    Let me back up.  Whether it's the Cocco case
 9   or not, when you had a -- Life Brokerage Partner had its
10   own agency agreement with American General, correct?
11        A    Correct.
12        Q    And then you had your own agreement with
13   American General; is that correct?
14        A    I believe so, yes.
15        Q    Okay.  And was it your intent or if you can --
16   let me back up.  Do you know whether or not when you
17   receive an individual commission, that it was
18   automatically sent to Life Brokerage Partners based on
19   -- on your internal coding with American General?
20        MR. GEITNER:  Objection to form.
21        THE WITNESS:  I don't believe I ever received
22        commissions personally from American General, but in
23        the event that -- such as Texas when an entity could
24        not be licensed and receive commissions in that
25        state, a lot of times commissions were --

                                                         42
 1        assignments were done.
 2   BY MR. CLEVELAND:
 3        Q    Okay.
 4        A    So did -- Kevin Bechtel personally never
 5   received a commissions, but Life Bro -- it went directly
 6   into a Life Brokerage Partners' operating account.
 7        Q    So even in -- even internally if American
 8   General has documentation which says, you know, Kevin
 9   Bechtel was paid this much, Li -- internally, that money
10   would go into a Life Brokerage Partners' account?
11        A    I believe so.  I mean, I'm not -- I'm not
12   quite understanding your question.
13        Q    Well, you said, I've never received
14   commissions personally, right, you said that?
15        A    Well, I have but not on this case.
16        Q    Not on this case.  All right.  How did it work
17   on this case?
18        A    I believe the commissions were paid directly
19   into Life Brokerage Partners' operating account.  And
20   unless there's something crazy with banking, I don't
21   think that commissions can be paid to that operating
22   account unless the commissions were made out to Life
23   Brokerage Partners.
24        Q    All right.  And, again, getting back to Cocco,
25   60 percent of the commission went straight into

                                                         43
 1   Mr. Wechsler?
 2        A    I believe so.
 3        Q    You believe so.  All right.  And then the 40
 4   for Life Brokerage Partners, a percentage of who kept
 5   what was decided by Mr. Wechsler?
 6        MR. LANDER:  Object to form.
 7        THE WITNESS:  It was -- it -- the amount that
 8        Andy Williams was paid was decided by Mr. Wechsler.
 9        Life Brokerage Partners had its own internal deal.
10        We didn't -- Stephen Wechsler would get 100 percent
11        of the case as long as Life Brokerage Partner
12        received 40 percent of the renewals on the case.  By
13        doing so, Life Brokerage Partners went on the ap for
14        40 percent, okay, or as you told me earlier, that
15        Kevin Bechtel did, but the commission went to Life
16        Brokerage Partners.
17             At that point, Life Brokerage Partners knew
18        that they could take 7 percent right off the top and
19        that's theirs for in-house for underwriting a case
20        or basically in this scenario, taking paperwork from
21        Mr. Wechsler's office, sending it to AIG, AIG taking
22        it back to us, us sending it to Wechsler's office.
23        We received 7 percent.  We didn't have to do any of
24        the -- we didn't have to order any medical records.
25        We didn't have to do anything special for them.  We

                                                         44
 1        didn't do anything.  All we did is push paper from
 2        one side to the other.  For doing that, we got to
 3        keep 7 percent, which is a pretty good deal for us.
 4             So Mr. Wechsler then said, "Okay.  I want you
 5        to send me another 10 percent on this case --" which
 6        I believe it shows in the commission agreement "--
 7        and I want you to send Andy Williams 103 percent at
 8        40 percent or 30 percent but it's all in there and
 9        broken down.  I -- I wouldn't know.  All I really
10        worried about at the time was, did life Brokerage
11        Partners keep its 7 and then we'd go to the
12        accounting department and say, "You know, contact
13        Mr. Wechsler and find out where the rest goes."
14   BY MR. CLEVELAND:
15        Q    Okay.  Now, you say you didn't do anything but
16   push paper, but you also say you, you know, assisted to
17   the underwriting.  So tell me what you would do on a
18   policy like the Cocco policy.
19        A    I can tell you what I did on the Cocco policy,
20   Stephen Wechsler's policies because every agent is
21   different.  Some -- some require more hand held --
22   holding, if you will.  And for example, we would have to
23   order all the medical records at our expense.  We would
24   have to order all the expense reports at our expense.
25   We would have -- the NBRs at our expense, those types of
```



Kevin Bechtel                                                          December 15, 2011

|  | 61 |  | 63 |
|---|---|---|---|
| 1 | A   I would hope that they would send back an | 1 | A   Oh. Well -- |
| 2 | executed -- executed contract to our contract department | 2 | Q   That's why I was -- |
| 3 | and go in our contracting file, yes. | 3 | A   24th day of February. No year, you're right. |
| 4 | Q   Okay. | 4 | Q   And I've looked on the fax line. I was -- |
| 5 | A   I would hope so. | 5 | this is Life Brokerage Equity Group. And I assume this |
| 6 | Q   Okay. | 6 | probably related to your '03 appointment? |
| 7 | A   But it's not the case with all carriers. | 7 | A   The fax comes in at February 25th, '03, so. |
| 8 | Sometimes they just forget to send it. | 8 | Q   Oh, yeah. Okay. Okay. Yeah. So -- all |
| 9 | Q   Yeah. | 9 | right. Well, that -- that -- does this mean in '03 when |
| 10 | A   So I'm not going to say they did when other | 10 | you had commissions, they were then assigned to Life |
| 11 | carriers have not but I can't speak exactly. | 11 | Brokerage Equity Group? |
| 12 | Q   You just don't know if that happened? | 12 | A   Yes. |
| 13 | A   I don't know if it happened and I don't have | 13 | Q   Okay. All right. Thank you. Did you ever |
| 14 | -- well, Exhibit 4 seems I've got the same as your front | 14 | receive a copy of the American General Compliance |
| 15 | page of Exhibit 6 -- | 15 | Manual? |
| 16 | Q   Okay. | 16 | A   I don't know. |
| 17 | A   -- in my files from Life Brokerage Equity | 17 | MR. CLEVELAND: Mark this Exhibit 8. |
| 18 | Group, but my Exhibit 5, I don't seem to have in my | 18 | (Defendant's Exhibit 8 was marked for |
| 19 | files an executed copy of Exhibit 6, Page 2503. | 19 | identification.) |
| 20 | Q   Yeah. | 20 | BY MR. CLEVELAND: |
| 21 | A   That seems to be -- | 21 | Q   When you were appointed -- was the first time |
| 22 | Q   Okay. | 22 | you were ever appointed with American General, was that |
| 23 | A   -- seems like I filled one out, but I don't | 23 | in '03? |
| 24 | have an executed copy in my files. | 24 | A   Um, I don't know because I looked at it as AIG |
| 25 | Q   In your files. And you don't know if one was | 25 | and they had State Life back at the time, which I did |

|  | 62 |  | 64 |
|---|---|---|---|
| 1 | sent or not? | 1 | State Life business. And they had American General and |
| 2 | A   I don't know. | 2 | they had American General Life Brokerage, so I don't |
| 3 | Q   Now, we can agree that there were certain -- | 3 | know. |
| 4 | you were certainly an American General appointed agent | 4 | Q   Okay. Well, we have looked at your |
| 5 | in 2007; is that correct? | 5 | appointment application from '03, correct? |
| 6 | A   I was a -- LBP -- myself personally and LBP, | 6 | A   The one I have in my file? |
| 7 | Life Brokerage Partners -- | 7 | Q   Yes. |
| 8 | Q   Were both appointed agents in '07? | 8 | A   But I'm assuming I was appointed at some point |
| 9 | A   Part of it, yes. | 9 | between 1995 and 2003. |
| 10 | Q   Okay. And you were certainly bound by -- as | 10 | Q   With some other AIG or some AIG entity, |
| 11 | with most carriers, you have duties and obligations to | 11 | correct? |
| 12 | those carrier -- carriers when you were appointed by | 12 | A   Yes. |
| 13 | them; is that correct? | 13 | Q   Not necessarily -- you don't know whether it |
| 14 | A   I am assuming I was bound by the IMO or BGA, | 14 | was American General Life Insurance company or not? |
| 15 | general agency agreement from AIG, American General. | 15 | A   I don't know. I think it might have been US |
| 16 | Q   Okay. | 16 | Life or State Life or. |
| 17 | A   Yes. Did I answer that right? | 17 | Q   Okay. All right. So did you ever receive a |
| 18 | Q   You did. | 18 | copy of that? |
| 19 | A   I said, Yes. | 19 | A   I don't know. |
| 20 | Q   All right. Exhibit 7, this is an Assignment | 20 | Q   I will let you look through it. |
| 21 | of Agent Contract executed in February. And it doesn't | 21 | MR. GEITNER: The one you marked as Exhibit 8? |
| 22 | have a date and that's -- | 22 | MR. CLEVELAND: Yeah, I'm about to read it. |
| 23 | A   24th. | 23 | BY MR. CLEVELAND: |
| 24 | Q   Is there a year? Am I missing that? That's | 24 | Q   And when I say "8," it's Exhibit 8 to your |
| 25 | what I was -- | 25 | deposition, American General Compliance Manual, |



Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com