# EXHIBIT F

**REDACTED**

## *SCAN AS RUSH*

- [ ] **LCMAIL**  Code Number: AWD11
  File must be in rendezvous

- [ ] **LCSTANDARD** 54

- [ ] **LCHITOUCH**

- [ ] **CODED BEFORE SCANNED**
  **DO NOT REVIEW**
  E-mail Processor and CC: Your Team Leader

  Name of Processor & (User ID)

- [ ] **LCBRKDLR**

- [x] **INDIVIDUAL**

- [ ] **LCUSLIFE**

- [ ] **LCAMPAC**    LAST NAME: Bechtel

- [ ] **LCFIRSTIME**    SSN: [redacted]

- [ ] **LCSTRUCTURE**

- [ ] **LCMBISYS**

- [x] **LCTERM**
  - [ ] AGENTTERM
  - [ ] COMPTERM
  - [ ] STATETERM

- [ ] **CORPORATION**
  CORP NAME:
  TAX ID:

- [ ] **LCMAINT**
  - [ ] ADDLAPPT
  - [ ] RENEWLIC

- [ ] **LCONTMAINT**
  - [ ] ADDCHNGE
  - [ ] RTNMAIL
  - [ ] ASSGNMNT
  - [ ] ANNUALZE
  - [ ] EFT
  - [ ] HIERARCHY
  - [ ] NAMECHGE
  - [ ] COMMISSN
  - [ ] EANDO

Date: 7-16-08
Name: Joyce
(Please print name)

AG/COCCO 01203

## BA: MLWKE

# L&C SCAN SHEET

- ☐ **LCMAIL**   Code Number: ____#3P264____
  File must be in rendezvous
- ☐ **LCSTNDRD**   ☒ **CODED BEFORE SCANNED**
  DO NOT REVIEW
- ☐ **LCHITOUCH**   PLACE IN QUEUE: _____
  (User ID)
- ☐ **LCBRKDLR**
- ☐ **LCUSLIFE**   ☒ **INDIVIDUAL**
  LAST NAME, FIRST NAME
- ☐ **LCAMPAC**   [BECHTEL]
- ☐ **LCFIRSTIME**   SSN [_____]
- ☐ **LCSTRUCTURE**
- ☐ **LCMBISYS**
- ☒ **LCTERM**   ☐ **CORPORATION**
  ☐ AGENTTERM   CORP NAME [_____]
  ☐ COMPTERM
  ☒ STATETERM   TAX ID [_____]
- ☐ **LCMAINT**
  ☐ ADDLAPPT
  ☐ RENEWLIC
- ☐ **LCONTMAINT**   ☐ **HICONTMAIN**
  ☐ ADDCHNGE   ☐ HIERARCHY
  ☐ RTNMAIL   ☐ NAMECHGE
  ☐ ASSGNMNT   ☐ COMMISSN   DATE: 9/16/09
  ☐ ANNUALZE   ☐ EANDO
  ☐ EFT   SENDER NAME: _CH_
  (Please print name)

AG SASONI 01431

## *SCAN AS RUSH*

☐ **LCMAIL**    Code Number: 3P263
File must be in rendezvous

☐ **LCSTANDARD**    ☑ **CODED BEFORE SCANNED**
DO NOT REVIEW, PLACE IN QUEUE:
☐ **LCHITOUCH**    M051C75
(User ID)

☐ **LCBRKDLR**

☐ **LCUSLIFE**    ☐ INDIVIDUAL

☐ **LCAMPAC**    LAST NAME [ ]

☐ **LCFIRSTIME**
SSN [ ]

☐ **LCSTRUCTURE**

☐ **LCMBISYS**
☑ CORPORATION

☐ **LCTERM**    CORP NAME  Life Brokerage Partners
  ☐ AGENTTERM
  ☐ COMPTERM
  ☐ STATETERM    TAX ID [ ]

☐ **LCMAINT**
  ☐ ADDLAPPT
  ☐ RENEWLIC         Bun Email

☒ **LCONTMAINT**
  ☐ ADDCHNGE    ☑ HIERARCHY
  ☐ RTNMAIL    ☐ NAMECHGE
  ☐ ASSGNMNT    ☐ COMMISSN
  ☐ ANNUALZE    ☐ EANDO    Date 4/19/07
  ☐ EFT
                    Name  Laura Pizzo
                    (Please print name)

AG/COCCO 01272

# *SCAN AS RUSH*

- [ ] **LCMAIL**      Code Number: 3P261
  File must be in rendezvous
- [ ] **LCSTANDARD**   [x] **CODED BEFORE SCANNED**
  DO NOT REVIEW, PLACE IN QUEUE:
  M05L79
  (User ID)
- [ ] **LCHITOUCH**
- [ ] **LCBRKDLR**
- [ ] **LCUSLIFE**         [ ] INDIVIDUAL
- [ ] **LCAMPAC**       LAST NAME [ ]
- [ ] **LCFIRSTIME**
- [ ] **LCSTRUCTURE**   SSN [ ]
- [ ] **LCMBISYS**
- [ ] **LCTERM**           [x] CORPORATION
  - [ ] AGENTTERM      CORP NAME: Life Brokerage Fed
  - [ ] COMPTERM
  - [ ] STATETERM      TAX ID [ ]
- [ ] **LCMAINT**
  - [ ] ADDLAPPT
  - [ ] RENEWLIC
- [x] **LCONTMAINT**
  - [ ] ADDCHNGE     [x] HIERARCHY
  - [ ] RTNMAIL      [ ] NAMECHGE
  - [ ] ASSGNMNT     [ ] COMMISSN
  - [ ] ANNUALZE     [ ] EANDO      Date: 4/19/87
  - [ ] EFT                          Name: Laura Pizzo
                                     (Please print name)

Run Email
Create ion