# EXHIBIT G



August 11, 2008

**Personal and Confidential**

KEVIN H BECHTEL
LIFE BROKERAGE FNCL GRP
2360 BOY SCOUT RD
CLEARWATER FL 33763

Subject: 0WD11 KEVIN H BECHTEL

Dear KEVIN H BECHTEL :

Under your Agency Agreement with American General Life Insurance Company, which allows for the cancellation of our agency relationship by sending written notice, this Agreement and any appointments will terminate on the date indicated. Pursuant to your obligations contained in the Agency Agreement, we require the immediate return of all documentation, including but not limited to, company rate information, supplies, indications of agency, business cards, any and all documents, whether paper or electronic, containing our logo to the address below.

**Date of Termination:** October 15, 2008

| Pending Underwriting Status: | |
|---|---|
| [x] We will continue processing pending business. | [ ] Pending applications will be cancelled and notice will be sent to applicants. |

| New Agent Number |
|---|
| [ ] As a result of a change in your agency affiliation, you have been assigned a new agent code number. Therefore, your old number referenced at the top of this letter has been terminated. Confirmation of this new number is being sent separately. Please retain your company supplies for ongoing use. |

Please contact your IMO should you have additional questions.

Sincerely,

AIG Life Brokerage
Licensing & Commissions

cc:   0PU67   GARY A RICHARDSON
       DENNIS MONROE

Initials: MN


63ML

LC111

040

**American General Life Insurance Company**
*Midwest Operations Center*
P. O. Box 401 * Milwaukee, WI  53201-0401 * 1-414-286-1500 * Toll Free: 1-888-653-5463

AG SASONI 01332



August 11, 2008

**Personal and Confidential**

LIFE BROKERAGE PARTNERS LLC
LIFE BROKERAGE FNCL GRP
2360 BOY SCOUT RD
CLEARWATER AL 33763

Subject: 3P263 LIFE BROKERAGE PARTNERS LLC
  0003P26300
  3P264 KEVIN BECHTEL

Dear LIFE BROKERAGE PARTNERS LLC :

Under your Agency Agreement with American General Life Insurance Company, which allows for the cancellation of our agency relationship by sending written notice, this Agreement and any appointments will terminate on the date indicated. Pursuant to your obligations contained in the Agency Agreement, we require the immediate return of all documentation, including but not limited to, company rate information, supplies, indications of agency, business cards, any and all documents, whether paper or electronic, containing our logo to the address below.

Date of Termination:   October 15, 2008

| Pending Underwriting Status: | |
|---|---|
| [x] We will continue processing pending business. | [ ] Pending applications will be cancelled and notice will be sent to applicants. |
| **New Agent Number** [ ] As a result of a change in your agency affiliation, you have been assigned a new agent code number. Therefore, your old number referenced at the top of this letter has been terminated. Confirmation of this new number is being sent separately. Please retain your company supplies for ongoing use. | |

Please contact your RVP, DENNIS MONROE, should you have additional questions.

Sincerely,

AIG Life Brokerage
Licensing & Commissions

cc:   DENNIS MONROE

Initials: MN

63ML

LC111

040

**American General Life Insurance Company**
*Midwest Operations Center*
P. O. Box 401 * Milwaukee, WI  53201-0401 * 1-414-286-1500 * Toll Free: 1-888-653-5463

AG/COCCO 01409