# EXHIBIT H

To: Fl dept of state
Subject: 000855.67540

From: Tracy Spear

Friday, April 27, 2007 1:35 PM Page: 1 of 2



**Florida Department of State**
Division of Corporations
Public Access System

Electronic Filing Cover Sheet

**Note: Please print this page and use it as a cover sheet. Type the fax audit number (shown below) on the top and bottom of all pages of the document.**

(((H07000115718 3)))



H070001157183ABC/

**Note: DO NOT hit the REFRESH/RELOAD button on your browser from this page. Doing so will generate another cover sheet.**

To:
    Division of Corporations
    Fax Number        : (850)205-0380

From:
    Account Name      : CORPDIRECT AGENTS, INC.
    Account Number    : 110450000714
    Phone             : (850)222-1173
    Fax Number        : (850)224-1640

6 00855.67540

# DISSOLUTION OR WITHDRAWAL

## LIFE BROKERAGE EQUITY GROUP, INC.

| Certificate of Status | 0 |
|---|---|
| Certified Copy | 0 |
| Page Count | 02 |
| Estimated Charge | $35.00 |

Electronic Filing Menu        Corporate Filing Menu        Help

04/27/2007 1:32:32 PM

To: Fl dept of state                From: Tracy Spear                Friday, April 27, 2007 1:35 PM Page: 2 of 2
Subject: 000855.67540

H07000115718 3

**ARTICLES OF DISSOLUTION**
**OF**
**LIFE BROKERAGE EQUITY GROUP, INC.**

Pursuant to Section 607.1403, Florida Statutes, LIFE BROKERAGE EQUITY GROUP, INC., a Florida corporation, by and through the undersigned, hereby files the following Articles of Dissolution:

1.    The name of the Corporation is: LIFE BROKERAGE EQUITY GROUP. INC.

2.    Dissolution of the Corporation was authorized by the Corporation's Shareholders on February 16, 2007.

3.    The Shareholders approved the dissolution of the Corporation by unanimous vote, which vote by the Shareholders was sufficient for approval of the dissolution.

4.    No separate vote by any Shareholder voting group was required to approve the dissolution.

Dated: February 19, 2007

LIFE BROKERAGE EQUITY GROUP, INC.
a Florida corporation

By _____
Gary Richardson
Its: President

H07000115718 3