# EXHIBIT J

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO.: 8:15-cv-00192-EAK-AEP

**AMERICAN GENERAL LIFE INSURANCE COMPANY,**

　　　　Plaintiff,

VS.

**KEVIN H. BECHTEL, et al,**

　　　　Defendants.

_____

| | |
|---|---|
| DEPOSITION OF: | GARY RICHARDSON |
| TAKEN BY: | DAVID DONAHUE, ESQUIRE |
| TAKEN: | January 19, 2017 |
| TIME: | 9:30 a.m. - 12:00 p.m. |
| PLACE: | Verbatim Professional Reporters<br>2202 N. Westshore Boulevard<br>Suite 200<br>Tampa, FL 33607 |
| REPORTED BY: | CHARLENE M. EANNEL, RPR<br>Court Reporter, Notary Public |

PAGES 1 - 94

VERBATIM PROFESSIONAL REPORTERS, INC.
601 CLEVELAND STREET, SUITE 380
CLEARWATER, FL 33755
(727)442-7288

```
 1        Q.   Okay.  Do you know one way or the other whether
 2   or not in 2007 as an appointed insurance agent, or at
 3   least at that time an agent who was high enough in the
 4   hierarchy to be a recruiting agent -- whether or not you
 5   would have had access to the various contracting forms on
 6   an online database?
 7        A.   I think -- I would -- again, we have to -- if
 8   they're going to be in our hierarchy, it doesn't matter
 9   where they -- there's almost a protection issue there.
10             If they were able to obtain that contracting
11   paperwork themselves and they sent it in to American
12   General, American General would have sent that paperwork
13   to us because we'd still need to sign off on it.
14        Q.   Right.
15        A.   So -- but I would tell you, I think that
16   probably rarely happened.  I would think that our
17   contracting area would more than likely send that
18   paperwork out to where they were directed to send it to.
19        Q.   That was my question, I guess.
20        A.   Yes.
21        Q.   When there was an agent who wanted to be
22   licensed to -- with American General through your
23   hierarchy, am I understanding correctly that the licensing
24   and contracting department within Life Brokerage Equity
25   Group would provide the necessary paperwork to the agent?
```

```
 1        A.   That's correct.
 2        Q.   And so my question is:  Do you know whether or
 3   not at that time that the licensing and contracting people
 4   at the Life Brokerage Equity Group would have had access
 5   onto an online, you know, forms database?
 6        A.   Absolutely.
 7        Q.   Okay.
 8        A.   Absolutely.
 9        Q.   So they could pull all the necessary documents?
10        A.   Absolutely.
11        Q.   All right.
12             Am I correct, then, that those documents would
13   be completed by the prospective agent?  Someone from --
14   either yourself or someone on behalf of Life Brokerage
15   Equity Group would sign where they were supposed to be
16   approving or making this sort of recommendation, and then
17   it would all get submitted to American General?
18        A.   I think what you said was we would send that
19   application to the applicant?
20        Q.   Yeah.
21        A.   The applicant would fill that information out,
22   send it back to us.  They would go over that application,
23   stamp it, get our signatures, whatever it was that they
24   needed to do or had to do, and then submit it over to
25   American General in this case, yes.
```

1  Stands to reason if it's 178, it's got to be all 178s.
2       Q.   And the versions were available online?
3       A.   They would be online.
4            MR. MILLIAN:  Are you at a good breaking point?
5            MR. DONAHUE:  Yes, yes.
6            (Recess taken.)
7            MR. DONAHUE:  We are back on the record.
8            I will mark this as Exhibit 8.
9            (Whereupon, Exhibit 8 was marked for
10  identification.)
11  BY MR. DONAHUE:
12      Q.   And I will represent to you that it's just sort
13  of a commission audit that relates to the sale of two
14  policies to Mr. Michael Sasoni that form the basis of the
15  lawsuit today.  And I wanted you to look at it so we can
16  sort of talk through real quick the commission piece of it
17  and who was paid.
18           The numbers are, you know -- policies were the
19  same face amount so the numbers for each policy are
20  identical, but for purposes of sort of walking through it,
21  we will just look at one set of them.
22           So I will also represent to you that all of
23  these policies -- that there were two writing agents that
24  were on the application, Kevin Bechtel and Steven
25  Wechsler, and it was a 65/35 commission split on the

```
 1    application with Mr. Wechsler getting the 65 piece.
 2            So in that instance, we can see that commissions
 3    were paid to Steven Wechsler as the writing agent.
 4            Do you see that?
 5       A.   I do, yes.
 6       Q.   And that Life Brokerage Partners received a
 7    commission?
 8       A.   Uh-huh.
 9       Q.   Then there are also commissions paid to Life
10    Brokerage Financial Group and Financial Energy Insurance
11    Group.
12       A.   I see it.
13       Q.   Okay.  Now, obviously Life Brokerage Financial
14    Group would be your entity, correct?
15       A.   It would be.
16       Q.   All right.  So if these commission payments were
17    made over from 2007, through to 2009, based on what your
18    understanding of the changes that took place in 2007 is,
19    is this sort of a commission structure that you
20    contemplated as part of the change?
21       A.   Contemplated as part of the change.  If you're
22    telling me are these the commissions, I would have to say
23    I guess they are, yes.
24       Q.   Well, not necessarily are the numbers right, but
25    is this the hierarchy that was put in place --
```

1     A.    Yes.
2     Q.    -- post the 2007 change?
3     A.    Yes.
4     Q.    And so because Life Brokerage Partners and Kevin
5  Bechtel were in your downline, your entity would have
6  received some portion of commissions associated with
7  policies sold in that hierarchy, right?
8     A.    Yes.
9     Q.    Same with Mr. Ekberg, right?
10    A.    Yes.
11    Q.    There would not be any reason in late 2007
12 through 2009 for Life Brokerage Equity Group to receive
13 any commission, correct?
14    A.    It's a dissolved company.  It would not receive
15 any commissions.
16    Q.    Right.  And Life Brokerage Equity Group would
17 not have been in this hierarchy, right?
18    A.    That's correct.
19    Q.    And that's the way it was set up, correct?
20    A.    That's correct.
21    Q.    Going back to this 2007, you know, change that
22 we've discussed, do you believe that if Mr. Bechtel is
23 taking the position in this case that he was never
24 presented with the entire agency agreement that is
25 associated with the 2007 association transaction, do you

1           that we had to have hard copies of them.
2    BY MR. DONAHUE:
3           Q.   Yeah.
4           A.   That makes sense to me that they were online.
5           Q.   Do you think that it would be reasonable for a
6    contracting agent to believe that his contract with
7    American General consisted entirely of a one-page
8    agreement -- let's just use this as an example to show
9    you -- this is the first page -- I'm sorry.  Just for
10   identification, it's AG Bechtel 000057.
11               MR. MILLIAN:  Object to form.
12               THE WITNESS:  So your question to me is what,
13        now?
14   BY MR. DONAHUE:
15          Q.   So my question is:  Would it be reasonable for
16   an experienced agent to assume that the entirety of their
17   agreement with American General consists of that single
18   page that we just identified?
19               MR. MILLIAN:  Object to form.
20               THE WITNESS:  I would think that there's a
21        definition of things in a contract.
22   BY MR. DONAHUE:
23          Q.   Like actual terms and conditions?
24          A.   Yes.
25          Q.   And not just a signature page?

```
 1        A.   Yes.
 2        Q.   Okay.
 3             MR. DONAHUE:  Let me take two seconds.  I may be
 4        wrapping up here.
 5             (Pause in proceedings.)
 6   BY MR. DONAHUE:
 7        Q.   Mr. Richardson, prior to today had you ever had
 8   any discussions with Mr. Millian?  Did you know him?
 9        A.   Do I know him?
10        Q.   Yes.
11        A.   Yes.  Had we had any discussion about any of
12   this?  No.
13        Q.   When was the last time before today you spoke
14   with Mr. Millian?
15             MR. MILLIAN:  Didn't I see you on the golf
16        course?
17             It's -- in the last year, we've spoken to each
18        other for thirty seconds.  I may be off.  It might be
19        a minute and a half.
20   BY MR. DONAHUE:
21        Q.   Had you had any conversations with Mr. Millian
22   about this lawsuit?
23        A.   We've never spoken a word about anything --
24   about any of this.
25        Q.   What about with Kevin Bechtel?
```