# EXHIBIT K

**Janine Lewis@USLIFE**
06/29/2007 11:07 AM

To: Milwaukee Commission Research/Milwaukee/USLIFE@AGFG
cc:
Subject: special check request

ALREADY PROCESSED, PLEASE BURN AND CLOSE

Please process a same day overnite check for agent 3P263 in the amount of $248,025.39. This is for policy UM0030236L. It was incorrectly paid to the wrong hierarchy, 0WD11 and 0PU67. The money was returned to us, and now we need to pay the correct hierarchy.

Check was sent to treasury department 6/28/07.

Thank You
Janine Lewis
Team Leader/Compensation Research
(888) 653-5463 ext 1763
(414) 212-0311 Fax

AG SASONI 01511

CONFIDENTIAL                                                         AGL / Bechtel 000365

## AIG American General Life Brokerage
## Account Adjustment Request

Back Scan

Debit/Credit Statutory Company

| | |
|---|---|
| AGL/USL DSS15 | 1460153100 |
| AGL LIFECOMM 86 | 1460153, 7101051, 0300001 |
| AGL/AAL, OLL, AGX DSS1 | 5404502, 1203507, 5406002, 1202004 |
| USL/DSS1 | 5404502, 1203507, 5406002, 1202004 |
| OTHER | |

54

ADJ Transfer

| | |
|---|---|
| DATE | 06/29/07 |
| AGENT CODE # | 3P263 |
| EARNING SOURCE | 09 |
| ACCOUNT AFFECTED | PRIM |
| DEBIT/CREDIT CODE | DEBIT |
| DESCRIPTION | COMMS DUE UM0030236L |
| ADJUSTMENT AMOUNT | $248,025.39 |
| BUSINESS CODE | 0 |
| OFFSET LEDGER ACCT# | 1202004 |
| AGT/POL/CASE NO TO CLEAR SUSP | 208344089 |
| CENTER CODE | 01 |
| REASON FOR ADJUSTMENTS HIERARCHY | INCORRECTLY PD TO WRONG |

6/29/07
DATE APPROVED

DENISE MELVIN
PREPARER

AIG AUTHORIZED APPROVAL

07/02/2007 16:01 0724143 1551

AG SASONI 01512

CONFIDENTIAL                                                AGL / Bechtel 000366

```
07/02/2007 16:01 0724143 1552
Page: 1 Document Name: d m

COMMAND CHANGEADD
         DSS AGENT ACCOUNT ADJUSTMENT (CAJ)
CO AGX  AGENT ID    3P263 AGENT NAME LIFE BROKERAGE                TRX DATE 06/29/2007

CHECK INDICATOR                                ACCTG GENERATION IND  Y
CHECK DATE                                     EARNINGS SOURCE       09
ACCOUNT AFFECTED      PRIM                     DEBIT/CREDIT CODE     D
DESCRIPTION           COMMS DUE UM00302361     ADJUSTMENT AMOUNT        248,025.39
CHECK RECIPIENT       PAYEE SEQUENCE           BUSINESS CODE
OFFSET LEDGER ACCOUNT NUMBER   1202004         POLICY NO                STATE
ID TO CLEAR LEDGER             208344089       CENTER CODE  00000001    ZIP
--------------------------------------------------------------------------------
TO TRANSFER MONEY BETWEEN AGENT PRIMARY ACCOUNTS, ACCT NO = "1203509", AND:
AGENT ID                              AMOUNT ES BC D/C           AMOUNT ES BC D/C


R191
NXT TRX CAJ   VER C1 PROD C1 CL/POL          SEC ID          CO AGX OVRD N
```

Date: 6/29/2007 Time: 9:55:59 AM

CONFIDENTIAL

AG SASONI 01513

AGL / Bechtel 000367

07/02/2007 16:01 0724145 1553

**Janine Lewis**
06/29/07 09:12 AM

To: Milwaukee Commission Research/Milwaukee/USLIFE
cc:
Subject: special check request

Please process a same day overnite check for agent 3P263 in the amount of $248,025.39. This is for policy UM0030236L. It was incorrectly paid to the wrong hierarchy, 0WD11 and 0PU67. The money was returned to us, and now we need to pay the correct hierarchy.

Check was sent to treasury department 6/28/07.

Thank You
Janine Lewis
Team Leader/Compensation Research
(888) 653-5463 ext 1763
(414) 212-0311 Fax

# 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

AG SASONI 01514

CONFIDENTIAL                                                                AGL / Bechtel 000368

**Patti Newall**
10/19/2007 06:47 AM

To: Milwaukee Commission Research/Milwaukee/USLIFE@AGFG
cc: Pauline Baker/Milwaukee/USLIFE@USLIFE, Janine Lewis/Milwaukee/USLIFE@L Martin/Milwaukee/USLIFE@USLIFE, Pat Russo/DALLAS/USLIFE@AGFG, laura_pi:
Subject: Fw: AIG - Client James Pierce policy # UM0030396L

Please correct the agent code for agent Kevin Bechtel's commissions on the above policy so it will be paid to the right agency and hierarchy. Kevin's commissions should be paid to #3P264 and not to #0WD11.

Thank you.

Patti Newall
Marketing Liaison
AIG Life Brokerage, Southeast Regional Marketing Office
8144 Walnut Hill Lane, Suite 1200
Dallas, TX 75231
1-800-787-9937, Ext. 6325
Fax: 214-654-6326
email address: patti_newall@aigag.com

http://www.aiglifebrokerage.com
----- Forwarded by Patti Newall/DALLAS/USLIFE on 10/19/2007 06:40 AM -----

"Vanessa Nally"
<vnally@lifebrokerage partners.com>
10/17/2007 02:19 PM

To: <Pat_Russo@aigag.com>
cc:
Subject: AIG - Client James Pierce policy # UM0030396L

<Laura_Pizzo@agfg.com>, <Patti_Newall@agfg

Hello Ladies

I need a little help. The above mentioned case was submitted to AIG in July. It was a split case between Kevin Bechtel & Brad Wasserman. This case was a LBP case ( Kevin's new corp). However Kevin's portion was paid to his old code (0WD11)under LBEG. The override on his portion was also paid to LBEG. This should have paid to his new code 3p264 under LBP (3P263) with LBP getting the override. On Brad's portion it paid to him under his LBP code and LBP received the override. Which is the way it should have been. Its the Kevin portions that paid to the wrong code.

I pulled the case to see what codes were used. On the actual application a code was not used it was left blank. However on the transmittal that we attach it had the old code 0WD11 on it which was a system / case manager over sight. The CM should have whited out the old and put the new on the transmittal we supplied. I am a little confused as to how AIG paid to a code that I thought was terminated. I was under the impression when we set Kevin & his corp up on his own contract the old codes under LBEG was terminated.

What can we do to get this case to Pay Kevin under his code under his contract. LBEG is not longer a company it has been dissolved. Please let me know what you need form me. I have copies of the statements as well as the client file.

We have deleted all codes from our system so this should not happen again but I need to fix this one.

AG SASONI 01292

CONFIDENTIAL

AGL / Bechtel 000369

Thank you

*Vanessa Nally*
*Licensing & Contracting*
*Life Brokerage Partners, LLC*

*3982 Tampa Road*
*Oldsmar, FL 34677*
*toll free #: 1-877-4lb-pusa*
*(52-7872)*
*direct fax: 813-792-6187*
*cell #: 727-657-9699*
*email: vnally@lifebrokeragepartners.com*

http://www.odyssey.lbeg.net/

"This e-mail message may contain confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer. The sender of this e-mail does not provide legal advice, and nothing in this e-mail is intended to be, or should be construed as or relied upon as, legal advice. If you require legal advice, please contact your legal advisor."

AG SASONI 01293

CONFIDENTIAL                                                    AGL / Bechtel 000370

Back Scan

* **AIG American General Life Brokerage**
**Account Adjustment Request**

Debit/Credit Statutory Company

| | |
|---|---|
| AGL/USL DSS15 | 1460153100 |
| AGL LIFECOMM 86 | 1460153, 7101051, 0300001 |
| AGL/AAL, OLL, AGX DSS1 | 5404502, 1203507, 5406002, 1202004 |
| USL/DSS1 | 5404502, 1203507, 5406002, 1202004 |
| OTHER | |

ADJ Transfer

| | |
|---|---|
| DATE | 12/26/07 |
| AGENT CODE # | 3P263 |
| EARNING SOURCE | 12 |
| ACCOUNT AFFECTED | PRIM |
| DEBIT/CREDIT CODE | C |
| DESCRIPTION | BNS DUE UM00303132 |
| ADJUSTMENT AMOUNT | $25,376.40 |
| BUSINESS CODE | 01 |
| OFFSET LEDGER ACCT# | 5422802 |
| AGT/POL/CASE NO TO CLEAR SUSP | UM00303132 |
| CENTER CODE | 00000001 |
| REASON FOR ADJUSTMENTS | Bonus paid incorrectly |

12-26-07
DATE APPROVED

LeeAnn Kneemiller
PREPARER

AIG AUTHORIZED APPROVAL

01/02/2008 16:47 0725026 6438

AG SASONI 01538

CONFIDENTIAL                                        AGL / Bechtel 000371

```
                COMMAND CHANGEADD
                DSS AGENT ACCOUNT ADJUSTMENT (CAJ)
CO  AGX  AGENT ID                                                      TRX DATE 12/26/2007
         3P263  AGENT NAME LIFE BROKERAGE

CHECK INDICATOR                              ACCTG GENERATION IND    Y
CHECK DATE                                   EARNINGS SOURCE         12
ACCOUNT AFFECTED    PRIM                     DEBIT/CREDIT CODE       C
DESCRIPTION         BNS DUE UM00303132       ADJUSTMENT AMOUNT       25,376.40
CHECK RECIPIENT     PAYEE SEQUENCE           BUSINESS CODE           01
OFFSET LEDGER ACCOUNT NUMBER  5422802        POLICY NO    UM00303132   STATE
ID TO CLEAR LEDGER            208344089      CENTER CODE  00000001     ZIP
-----------------------------------------------------------------------------------
TO TRANSFER MONEY BETWEEN AGENT PRIMARY ACCOUNTS, ACCT NO = "1203509", AND:
AGENT ID                      AMOUNT ES BC D/C            AGENT ID    AMOUNT ES BC D/C


R191
NXT TRX CAJ    VER C1 PROD C1 CL/POL              SEC ID          CO AGX OVRD N



Date: 12/26/2007  Time: 3:13:54 PM
```

CONFIDENTIAL

AG SASONI 01539

AGL / Bechtel 000372

DEC-18-2007 17:16 FROM:          TO:Fax Server     P.5/7

**Vanessa Nally**

From: Mary_Nelson@agfg.com on behalf of Milwaukee_Commission_Research@aigag.com
Sent: Monday, December 17, 2007 12:01 PM
To: Vanessa Nally
Cc: Janine_Lewis@aigag.com; Milwaukee_Commission_Research@aigag.com; Patti_Newall@agfg.com; Pat_Russo@aigag.com; pauline_baker@aigag.com
Subject: RE: AIG - Goldhammer - UM00303132

Please send to Janine Lewis (Commission Dept.)

750 W. Virginia Street
Milwaukee, WI 53204

Don't risk putting your next New Business case in jeopardy! Complete your federally mandated AML Training Requirement by selecting the link to the LIFEBROKERAGE website. You can complete your training and have it reflected before submitting your next case!
http://www.brainshark.com/brainshark/vu/view.asp?pi=719044352

"Vanessa Nally"
<vnally@lifebrokeragepartners.com>
12/17/2007 09:44 AM

To: <Patti_Newall@agfg.com>, <Milwaukee_Commission_Research@aigag.com>
cc: <Janine_Lewis@aigag.com>, <pauline_baker@aigag.com>, <Pat_Russo@aigag.com>
Subject: RE: AIG - Goldhammer - UM00303132

Where are we at with this. I am still holding a check for $26,712 form LBEG that needs to be returned to AIG so that LBP can receive the override.

Who should this check be sent too?

---

LIFE BROKERAGE EQUITY GROUP                2720
GREEN ACCOUNT
3982 TAMPA RD.
OLDSMAR, FL 34677
                             DATE 12-6-2007    63-761-631

PAY TO THE ORDER OF  AIG                $ 26,712.00

Twenty Six Thousand Seven Hundred Twelve      DOLLARS

WACHOVIA BANK, N.A.
WACHOVIA.COM    OPU67

FOR Goldhammer - UM00303132

"000002720" :063107513: 200008447639"

---

AG SASONI 01540

CONFIDENTIAL              AGL / Bechtel 000373

DEC-18-2007 17:16 FROM:                                    TO:Fax Server          P.6/7

website: www.lbpusa.com

"This email message may contain confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the Intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer. The sender of this e-mail does not provide legal advice, and nothing in this e-mail is intended to be, or should be construed as or relied upon as, legal advice. If you require legal advice, please contact your legal advisor."

-----Original Message-----
From: Patti_Newall@agfg.com [mailto:Patti_Newall@agfg.com]
Sent: Thursday, December 06, 2007 1:31 PM
To: Milwaukee_Commission_Research@aigag.com
Cc: Janine_Lewis@aigag.com; pauline_baker@aigag.com; Pat_Russo@aigag.com; Vanessa Nally
Subject: Fw: AIG - Goldhammer - UM00303132

Janine and/or Pauline: Would you please assist on this commission correction. This policy was placed paid on 11/13/07. The two writing agent #s point up to IMO #3P263 (Kevin Bechtel) which in turn points up to MO #3P261 (Gary Richardson/Life Brokerage Financial Group) and NMO #0T781 (John Ekberg). For some reason, the bonus was paid to Gary Richardson's old #0PU67 instead of to the correct #3P261. Please refer to Vanessa Nally's email below and attachment. Gary's office has prepared a check to return to AIG so a corrected check can be issued to Life Brokerage Financial Group -- whose attention should it be sent to?

Thank you.


Patti Newall
Marketing Liaison
AIG Life Brokerage, Southeast Regional Marketing Office
8144 Walnut Hill Lane, Suite 1200
Dallas, TX 75231
1-800-787-9937, Ext. 6325
Fax: 214-654-6326
email address: patti_newall@aigag.com

http://www.aiglifebrokerage.com
---- Forwarded by Patti Newall/DALLAS/USLIFE on 12/06/2007 12:22 PM ----


"Vanessa Nally"

          <vnally@lifebrokeragepa        To:
<Patti_Newall@agfg.com>, <Pat_Russo@aigag.com>
          rtners.com>                    cc:

                      Subject:  AIG - Goldhammer - UM00303132
          12/06/2007 10:50 AM


Hello Ladies

2

AG SASONI 01541

CONFIDENTIAL                                                         AGL / Bechtel 000374

DEC-18-2007 17:16 FROM: TO:Fax Server P.7/7

Hope all is well!

Well it looks like AIG commissions/ New business has done it again. The Goldhammer, Colman case was written by Stephen Wechsler (3SV36) who is contracted under LBP. However the override on this case went to LBEG ( Gary Richardson - old company). The amount paid to LBEG was $26,712. This case just went in force in Nov.

We need to have the case pay correctly to LBP as LBEG's accounts all have been shut down and can not show any new business. I have attached the comp statement & a copy of the check that was received.

Jim Bessell the CFO of Gary's new company (LBFG) has cut a check to AIG for the amount paid to LBEG on this case ($26,712.00) So that AIG can pay LBP.
Who should I send the check to once this is straighten out?

Please advise.

Thank you


(See attached file: CCF01262007_00000.pdf)

Happy Holidays!!

Vanessa Nally
Director of Contracting & Licensing

Life Brokerage Partners
3982 Tampa Rd
Oldsmar, FL 34677
phone: 1-877-4LB PUSA
         (52-7872)
fax: 813-792-6187
cell: 727-657-9699
email: vnally@lbpusa.com
website: www.lbpusa.com

"This email message may contain confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer. The sender of this e-mail does not provide legal advice, and nothing in this e-mail is intended to be, or should be construed as or relied upon as, legal advice. If you require legal advice, please contact your legal advisor."

3

AG SASONI 01542

CONFIDENTIAL                                          AGL / Bechtel 000375

Janine Lewis@USLIFE
01/08/2008 12:27 PM

To: "Vanessa Nally" <vnally@lifebrokeragepartners.com>@AMGEN
cc "Gary Rhodes" <grhodes@lifebrokeragepartners.com>, Milwaukee_Commission_F Patti_Newall@agfg.com, Pat_Russo@aigag.com, pauline_baker@aigag.com, "Peg N <pmandemaker@lbfg.net>
Subject: Re: FW: Goldhammer

yes, please send the check.

Thank You
Janine Lewis
Team Leader/Compensation Research
(888) 653-5463, option3 ext 1763
(414) 212-0311 Fax

Don't risk putting your next New Business case in jeopardy! Complete your federally mandated AML Training Requirement by selecting the link to the LIFEBROKERAGE website. You can complete your training and have it reflected before submitting your next case!
http://www.brainshark.com/brainshark/vu/view.asp?pi=719044352

"Vanessa Nally"
<vnally@lifebrokerage
partners.com>

01/08/08 09:56 AM

To: "Gary Rhodes" <grhodes@lifebrokeragepartners Mandemaker" <pmandemaker@lbfg.net>
cc: <Janine_Lewis@aigag.com>, <pauline_baker@a <Patti_Newall@agfg.com>, <Pat_Russo@aigag.com>, <Milwaukee_Commission_R
Subject: FW: Goldhammer

The original check was sent to
Janine Lewis (Commission Dept.)
750 W. Virginia Street
Milwaukee, WI 53204
Mark the check Personal & Confidential

I have cc the AIG staff members that were involved with the 1st check.
Thank you

*Happy Holidays!!*

*Vanessa Nally*
*Director of Contracting & Licensing*

*Life Brokerage Partners*
*3982 Tampa Rd*
*Oldsmar, FL 34677*
*phone: 1-877-4LB PUSA*
  *(52-7872)*
*fax: 813-792-6187*
*cell: 727-657-9699*
*email: vnally@lbpusa.com*
*website: www.lbpusa.com*

AG SASONI 01544

CONFIDENTIAL

AGL / Bechtel 000376

"This email message may contain confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer. The sender of this e-mail does not provide legal advice, and nothing in this e-mail is intended to be, or should be construed as or relied upon as, legal advice. If you require legal advice, please contact your legal advisor."

**From:** Gary Rhodes
**Sent:** Monday, January 07, 2008 5:26 PM
**To:** Vanessa Nally; Melinda Seymour
**Subject:** FW: Goldhammer

Either of you know the answer to this?

**From:** Peg Mandemaker [mailto:pmandemaker@lbfg.net]
**Sent:** Monday, January 07, 2008 5:21 PM
**To:** Gary Rhodes
**Subject:** Goldhammer

Gary, LBEG received an additional $569.00 in Excess Commission on Goldhammer which we will return to AIG.

Do you or Vanessa have the Name and Address of the person the original Goldhammer return of $26,712.00 was sent to?

Normally I would send something like this to:

AIG Life Brokerage
Attn: Janine Lewis Debt Management Dept.
750 W. Virginia Street
Milwaukee, WI 53204
~Peg

AG SASONI 01545

CONFIDENTIAL                                                        AGL / Bechtel 000377

Back Scan

\* AIG American General Life Brokerage
Account Adjustment Request

Debit/Credit Statutory Company

| | |
|---|---|
| AGL/USL DSS15 | 1460153100 |
| AGL LIFECOMM 86 | 1460153, 7101051, 0300001 |
| AGL/AAL, OLL, AGX DSS1 | 5404502, 1203507, 5406002, 1202004 |
| USL/DSS1 | 5404502, 1203507, 5406002, 1202004 |
| OTHER | |

ADJ Transfer

| | |
|---|---|
| DATE | 01/10/08 |
| AGENT CODE # | 3P263 |
| EARNING SOURCE | 12 |
| ACCOUNT AFFECTED | PRIM |
| DEBIT/CREDIT CODE | C |
| DESCRIPTION | COR OVRTE UM0030313L |
| ADJUSTMENT AMOUNT | $569.02 |
| BUSINESS CODE | 01 |
| OFFSET LEDGER ACCT# | 5404502 |
| AGT/POL/CASE NO TO CLEAR SUSP | UM0030313L |
| CENTER CODE | 00000001 |
| REASON FOR ADJUSTMENTS | Overrite paid incorrectly. |

1/11/08
DATE APPROVED

LeeAnn Kneemiller
PREPARER

AIG AUTHORIZED APPROVAL

01/18/2008 13:57 0725098 6510

AG SASONI 01546

CONFIDENTIAL                               AGL / Bechtel 000378

Case 8:15-cv-00192-AEP Document 133-11 Filed 05/24/17 Page 16 of 17 PageID 1852
Case 8:15-cv-00192-AEP Document 108-9 Filed 03/27/17 Page 16 of 17 PageID 1207

```
Page: 1 Document Name: LeeAnn

          COMMAND CHANGEADD
                 DSS AGENT ACCOUNT ADJUSTMENT (CAJ)
    CO AGX AGENT ID    3P263 AGENT NAME LIFE BROKERAGE       TRX DATE 01/10/2008

    CHECK INDICATOR                          ACCTG GENERATION IND  Y
    CHECK DATE                               EARNINGS SOURCE       12
    ACCOUNT AFFECTED    PRIM                 DEBIT/CREDIT CODE     C
    DESCRIPTION         COR OVRTE UM0030313L ADJUSTMENT AMOUNT            569.02
    CHECK RECIPIENT     PAYEE SEQUENCE       BUSINESS CODE         01
    OFFSET LEDGER ACCOUNT NUMBER   54404502  POLICY NO  UM0030313L  STATE
    ID TO CLEAR LEDGER            208344089  CENTER CODE 00000001   ZIP
    -----------------------------------------------------------------------
    TO TRANSFER MONEY BETWEEN AGENT PRIMARY ACCOUNTS, ACCT NO = "1203509", AND:
    AGENT ID            AMOUNT ES BC D/C     AGENT ID         AMOUNT ES BC D/C




    R191
    NXT TRX CAJ    VER C1 PROD C1 CL/POL          SEC ID         CO AGX OVRD N




Date: 1/10/2008 Time: 2:58:50 PM
```

01/18/2008 13:57 0725098 6511

CONFIDENTIAL

AG SASONI 01547

AGL / Bechtel 000379



REDACTED

JAN-10-2008 15:14 FROM:     TO:Fax Server   P.1/1

**LIFE BROKERAGE EQUITY GROUP, INC.**
**OPERATING ACCOUNT**
813-792-6100
3982 TAMPA ROAD
OLDSMAR, FL 34677

WACHOVIA BANK, N.A.
WACHOVIA.COM

8085
63-751-631
12/31/2007

PAY TO THE ORDER OF   AIG American General Life Ins. Co.     $ **569.00

Five Hundred Sixty-Nine and 00/100************************************************************ DOLLARS

AIG American General Life Ins. Co.
PO Box 1931
Houston, TX 77251-1931

MEMO   MGA#0PU67
To Return Goldhammer #UM0030313L Receipts on

AIG American General Life Ins. Co.     12/31/2007     8085
    569.00

**Peg Mandemaker**

From:   Peg Mandemaker
Sent:   Tuesday, January 08, 2008 2:20 PM
To:   'Janine_Lewis@aigag.com'
Cc:   'Vanessa Nally'; 'Gary Rhodes'
Subject:   RE: FW: Goldhammer

Ck#8085 $569.00 for the return of excess premium processed on LBEG's AGX 0PU67 ID 12/14/07 statement is on it's way to you via DHL as addressed below:

Janine Lewis(Commission Dept.)
750 W. Virginia Street
Milwaukee, WI 53204
Mark the check Personal & Confidential

Peg Mandemaker,
Accounting
Life Brokerage Financial Group
2360 Boy Scout Road
Clearwater, FL 33763
PMandemaker@lbfg.net
Ph & Fax: 727-216-2007
We have moved 12/14/07 to 2360 Boy Scout Road, Clearwater, FL 33763.

AG SASONI 01548

CONFIDENTIAL     AGL / Bechtel 000380