# EXHIBIT L

```
 1                UNITED STATES DISTRICT COURT
                           FOR THE
 2                  MIDDLE DISTRICT OF FLORIDA

 3   AMERICAN GENERAL LIFE
     INSURANCE COMPANY,
 4
              Plaintiff,
 5
     -vs-                    Civil Action No. 8:15-cv-192-T-AEP
 6
     KEVIN H. BECHTEL, ET AL.,
 7
              Defendants.
 8   _____/

 9

10

11              DEPOSITION OF JOHN EKBERG

12           Taken on Behalf of the Plaintiff

13

14        DATE TAKEN:  January 16, 2017

15             TIME:   10:01 a.m. to 11:03 a.m.

16            PLACE:   U.S. Legal Support, Inc.
                       444 Seabreeze Boulevard, Suite 433
17                     Daytona Beach, Florida

18

19

20

21

22

23

24          Stenographically Reported by:
              Jennifer Lynn Harris, RPR
25          Registered Professional Reporter
```

Page 14

1    want to take a break, I could probably dig something up
2    out of my car.
3        MR. MILLIAN:  That's all right.
4        MR. DONAHUE:  Okay.
5        MR. MILLIAN:  I'd rather not take the break.
6    Q.  (BY MR. DONAHUE)  Mr. Ekberg, I'm going to show you
7    what I've marked as Exhibit 2 to your deposition.  It
8    appears to be a memo from you to Dennis Monroe --
9    A.  Uh-huh.
10   Q.  -- dated March 26, 2007.
11       Have you ever seen that before?
12   A.  I have.
13   Q.  Okay.  Do you recall drafting that memo?
14   A.  I do.
15   Q.  Okay.  And it -- does it appear to relate to a
16   contract change being requested by Gary Richardson and Kevin
17   Bechtel?
18   A.  Yes.
19   Q.  Okay.  Can you -- based on that and your
20   knowledge, can you describable what was being requested at
21   that time?
22   A.  Kevin Bechtel and Gary Richardson, to the best of
23   my knowledge and my dealings with them, were working
24   together when we first contracted them.  And there were
25   things that, I believe, happened where I was contacted by

Page 15

1    Gary Richardson saying that they wanted to do business
2    separately and they wanted to change the contract situation.
3        So, after discussion, we were going to issue new
4    contracts to Gary Richardson in a different name and give --
5    assign Gary the MO, the second level in the hierarchy.  And
6    it was requested that Kevin Bechtel be given an IMO contract
7    underneath -- directly underneath Gary Richardson's MO
8    contract.
9    Q.  Now, is it your recollection that Mr. Bechtel and
10   Mr. Richardson had created new entities?
11   A.  Yes.
12   Q.  And just so I understand:  Is it your recollection
13   that, prior to this request, both Gary and Mr. Bechtel were
14   contracted through an entity called Life Brokerage Equity
15   Group?
16   A.  That's what I remember, yes.
17   Q.  Okay.  And so here it appears that they are re --
18   they had created two other entities, correct?
19   A.  Yes.
20       MR. MILLIAN:  Object to form.
21   Q.  (BY MR. DONAHUE)  Is it your understanding that the
22   entity that was created by Mr. Bechtel was called Life
23   Brokerage Partners?
24   A.  I believe that's correct, yes.
25   Q.  And would Mr. Richardson's new entity be called

Page 16

1    Life Brokerage Financial Group?
2    A.  I believe that is correct, yes.
3    Q.  So why was it necessary for the change request to
4    go through you?
5    A.  Because of the hierarchy situation.  Because I was
6    the NMO.  The change in contracting is -- the normal
7    standard flow is that it would flow through our office.
8    Q.  If you look at the documents that you had provided
9    from your office, starting on -- I had -- I've included --
10   or I had added these little Bates numbers --
11   A.  Okay.
12   Q.  -- to the bottom of the page so that we can refer
13   to them.
14   A.  Okay.
15   Q.  I'm starting at Ekberg 5.
16   A.  Yes, I have it.
17   Q.  Okay.  So Ekberg 5 through 28, would these have
18   been documents that you provided to American General that
19   relate to this requested change?
20   A.  Yes.
21   Q.  And how did your office get these documents to
22   send?
23   A.  These are available on the company's Web site.  So
24   there -- they always have the current contracting forms and
25   contracts on the Web site.

Page 17

1    Q.  Do you recall whether or not these forms were
2    completed before they were sent to you?
3    A.  Completed by who?
4    Q.  By either Mr. Bechtel or Mr. Richardson or someone
5    in their office, I guess, as opposed to your office
6    completing them.
7    A.  Yeah.  I -- they were completed by Gary Richardson
8    and Kevin Bechtel.  And I -- I'm quite sure -- I'm -- I
9    believe that they went to the Web site and got the contracts
10   themselves, because these are contracts that they were using
11   as they contracted people below them.
12   Q.  Let me direct your attention to Ekberg 17.
13   A.  Okay.
14   Q.  Can you identify what that is?
15   A.  It's entitled "Agency Agreement," and it's -- it's
16   for Kevin and signed by Kevin.
17   Q.  Now, there's only one page that -- in this stack
18   that you've provided that appears to relate to this agency
19   agreement.  To your knowledge, was the agreement more
20   extensive than one page?
21   A.  Yes.
22   Q.  Okay.
23   A.  There are the -- there is additional pages that
24   are boilerplate pages.
25   Q.  In your experience dealing with American General

Page 38

1   A.   Well, the application is here.
2   Q.   Okay.  Would it have a different form code though?
3   A.   I'd have to look.  I mean, it -- that will change
4   over years.  In this case, I'm looking -- it has a
5   different -- 1058.  Yeah, it has a different number.
6   Q.   I mean, for example, if I want to contract with
7   American General today --
8   A.   Uh-huh.
9   Q.   -- I go on their Web site, I click on the forms,
10  and I find a form that says "Agency Contract" or something
11  similar, correct?
12  A.   Yes.
13  Q.   And what would -- if I hit print on that, what
14  would print out?
15  A.   Well, it would be a contracting kit.  And the
16  people that have access to that are people that are in the
17  hierarchy high enough that recruit other people.  So you
18  would hit on the contract kit and it would spit out the
19  entire contract, including the boilerplate, the -- the
20  application with the confidential personal information, all
21  of that would be there.
22  Q.   And what level of person do you need to be to be
23  able to access that application?
24  A.   You need to be at the IMO level.
25  Q.   Okay.  And what level was Mr. Bechtel at?

Page 39

1   A.   I believe he was at the IMO level.
2   Q.   Okay.  Are there any documents, in the documents
3   you've produced or anywhere else when you were looking for
4   these documents, that indicate to you that Mr. Bechtel
5   and/or Life Brokerage Partners received anything but No. 17
6   or saw anything but No. 17 in your production?
7   A.   I can't say with any certainty, no.
8   Q.   Was it always your practice to only keep page 17
9   and then get rid of the additional terms and conditions?
10  A.   Yes -- yes, it was, once the contract had been
11  submitted, yes.
12  Q.   And was that always American -- American General's
13  practice?
14  A.   Not to my knowledge, no.
15  Q.   Okay.  Do you know when and if that ever changed
16  or did it not change?
17  A.   I don't think it changed.
18  Q.   You think they've kept it all?
19  A.   They should have, yes.
20       MR. MILLIAN:  Okay.  I have nothing further.
21            REDIRECT EXAMINATION
22  BY MR. DONAHUE:
23  Q.   Just a couple points to clarify, it won't take but
24  just a second, if you don't mind.
25  A.   Sure.

Page 40

1   Q.   So, understanding your previous testimony, you --
2   it's your recollection that the application kit or what we
3   call it -- contracting kit --
4   A.   Uh-huh.
5   Q.   -- would include a complete copy of the agent
6   contract?
7   A.   That's correct.
8   Q.   All right.  And that's something that people at
9   IMO and above levels would have had access to, correct?
10  A.   That's correct.
11  Q.   And is it also your memory and your prior
12  testimony that the -- that page 17 that we have been talking
13  about is something that came from either Mr. Richardson or
14  Mr. Bechtel and was sent to your office?
15  A.   That is correct.
16  Q.   And you, in turn, sent that to American General,
17  correct?
18  A.   That's correct, for approval.
19  Q.   And it was also your recollection and your
20  practice that you sent the entire contract to American
21  General?
22  A.   Yes.
23  Q.   Now, is it a realistic possibility that a person
24  at the IMO level would have believed that their contract
25  with American General would have only consisted of the page

Page 41

1   that's marked as 17?
2        MR. MILLIAN:  Object to form.
3   A.   I wouldn't -- no, I wouldn't think so, because
4   they're recruiting other people and filling out -- their
5   office is filling out this paperwork.
6   Q.   (BY MR. DONAHUE)  So, in terms of what the
7   company -- American General did after the contract was
8   approved, that would have been -- would that have been
9   something that would have happened between the company and
10  Mr. Bechtel and Mr. Richardson or would you have been
11  involved from that point?
12  A.   No, that would have been from the company to -- to
13  Kevin and Gary.
14  Q.   For example, if sending, you know, countersigned
15  copies of the contract that we mentioned, that would have
16  happened directly from the company to Mr. Bechtel and/or
17  Mr. Richardson?
18       MR. MILLIAN:  Object to form.
19  A.   Yes.  As you see, I'm -- I'm really not a party to
20  the contract.  It -- the contract is directly from the
21  insurance company.
22       MR. DONAHUE:  I believe that's all I have.
23       MR. MILLIAN:  Nothing.
24       MR. DONAHUE:  Thank you.
25       THE REPORTER:  Okay.  This concludes this